# EXHIBIT 1

Docusign Envelope ID: CF904C45-9273-81FB-82B8-76DF4A26F18A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **EVOLUTION WELL SEVICES OPERATING, LLC, AND DYNAMIS POWER SOLUTIONS, LLC,** | § § § § | |
| *Plaintiffs,* | § § | **Civil Action** _____ |
| V. | § § | |
| **ALLEN W. HILL** | § § § | |
| *Defendant* | § | |

### VERIFICATION ON BEHALF OF EVOLUTION WELL SERVICES OPERATING, LLC
### OF COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the Complaint for Injunctive Relief and Damages of Plaintiffs Evolution Well Services Operating, LLC and Dynamis Power Solutions, LLC, and the factual allegations therein concerning Evolution Well Services Operating LLC are true and correct to the best of my knowledge.

Executed this ___31___ day of March 2026

Signed by:

_____
725293C1374943B...

Authorized Agent for Plaintiff Evolution Well
Services Operating, LLC