# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| EVOLUTION WELL SEVICES OPERATING, LLC, AND DYNAMIS POWER SOLUTIONS, LLC, | §<br>§<br>§<br>§ | |
| *Plaintiffs,* | §<br>§ | **Civil Action** _____ |
| V. | §<br>§ | |
| ALLEN W. HILL | §<br>§ | |
| *Defendant* | § | |

### VERIFICATION ON BEHALF OF DYNAMIS POWER SOLUTIONS, LLC OF COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the Complaint for Injunctive Relief and Damages of Plaintiffs Evolution Well Services Operating, LLC and Dynamis Power Solutions, LLC, and the factual allegations therein concerning Dynamis Power Solutions, LLC are true and correct to the best of my knowledge.

Executed this  31 day of March 2026

_____
Authorized Agent for Plaintiff Dynamis Power Solutions, LLC