# EXHIBIT 4

# Beusa

# WELCOME TO THE BEUSA COMPANIES



# EMPLOYEE HANDBOOK

Effective January 1, 2024

# TABLE OF CONTENTS

| SECTION I - EMPLOYMENT POLICIES | Policy No. |
|---|---|
| Welcome | 1.1 |
| Equal Employment Opportunity | 1.2 |
| Americans with Disabilities Act (ADA) | 1.3 |
| Nepotism Policy | 1.4 |
| Classifications of Employment | 1.5 |
| Secondary Employment | 1.6 |
| Performance Evaluations | 1.7 |
| Transfers & Promotions | 1.8 |
| Personnel Files | 1.9 |
| Employment References | 1.10 |
| Fair Credit Reporting Act | 1.11 |
| Immigration Reform and Control Act | 1.12 |

| SECTION II – HOURS & COMPENSATION | Policy No. |
|---|---|
| Wage and Salary Administration | 2.1 |
| Hours Of Operation/Lunch | 2.2 |
| Overtime Pay and Approval | 2.3 |
| Timekeeping Procedures | 2.4 |
| Pay Schedule | 2.5 |
| Reduction in Pay | 2.6 |
| Pay Concerns | 2.7 |
| Holiday Pay | 2.8 |
| Vacation Pay | 2.9 |
| Remote Work/Telecommuting | 2.10 |
| Travel And Business Expense | 2.11 |
| Travel Pay | 2.12 |
| Lactation Breaks For Nursing Mothers | 2.13 |

| SECTION III - STANDARDS OF PERSONAL CONDUCT | Policy No. |
|---|---|
| Public Relations | 3.1 |
| Professional Appearance Standards | 3.2 |
| Attendance | 3.3 |
| Alcohol and Substance Abuse | 3.4 |
| Harassment | 3.5 |
| Complaint Procedures | 3.6 |
| Whistleblower Policy | 3.7 |
| Code of Ethics/Confidentiality | 3.8 |
| Anticorruption | 3.9 |
| Anti-Money Laundering | 3.10 |
| Fraternization | 3.11 |
| Professional Conduct/Violence | 3.12 |
| Motor Vehicle Policy | 3.13 |

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION IV - EMPLOYEE BENEFITS                         Policy No.

Company Holidays ........................................................................... 4.1

Sick Leave ...................................................................................... 4.2

Vacation .......................................................................................... 4.3

Jury Duty and Witness Leave............................................................ 4.4

Bereavement Leave.......................................................................... 4.5

Wedding Day/Birth ........................................................................... 4.6

Parental Leave ................................................................................. 4.7

Birthday............................................................................................ 4.8

Voting  ............................................................................................. 4.9

Employee Insurance Benefits/401(k) ............................................ 4.10

Long Term Disability ...................................................................... 4.11

Cobra or State Continuation .......................................................... 4.12

Workers' Compensation ................................................................. 4.13

Educational Assistance .................................................................. 4.14

Employee Referral Award ............................................................... 4.15

Retirement Plan.............................................................................. 4.16

## SECTION V - EMPLOYEE STATUS CHANGES               Policy No.

Part-Time/Full-Time Status Changes ................................................ 5.1

Corrective Counseling Action............................................................ 5.2

Family/Medical Leave Of Absence Policy.......................................... 5.3

Personal Leave of Absence .............................................................. 5.4

Military Leave of Absence ................................................................. 5.5

Separation from Employment............................................................ 5.6

## SECTION VI – OPERATIONS POLICIES                   Policy No.

Safety & Accident Reporting  ............................................................ 6.1

Communication Systems, Image Recording Devices, Computer
        Software, and E-Mail Policy.................................................... 6.2

Wireless Equipment Policy ............................................................... 6.3

Emergency or Inclement Weather Procedures ................................. 6.4

Smoking Policy................................................................................. 6.5

Solicitation and Distribution.............................................................. 6.6

Work Practices and Policies.............................................................. 6.7

Security ............................................................................................ 6.8

Weapons .......................................................................................... 6.9

Telephone Use ............................................................................... 6.10

Cell Phone Use .............................................................................. 6.11

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION VII – ACKNOWLEDGEMENTS & NOTICES

Handbook Acknowledgement

Alcohol and Substance Abuse Acknowledgement for Policy

Harassment Acknowledgement for Policy

Code of Ethics/Confidentiality Acknowledgement for Policy

Workers' Compensation Notice

Acknowledgement of Family/Medical Leave Policy

Communication Systems, Recording Devices, Computer & Internet Use Acknowledgement for Policy

Authorization for Deduction from Final Paycheck

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION I –EMPLOYMENT POLICIES

### 1.1 – WELCOME TO BEUSA ENERGY, LLC AND AFFILIATES

Thank you for joining Beusa Energy, LLC and affiliates, Evolution Well Services Operating, LLC, Dynamis Power Solutions, LLC and Accelerated Mobile Power, LLC ("Company" and/or "Companies"). We hope you agree that you have a great contribution to make to the Company, and that you will find your employment a rewarding experience. As an employee with the Company, you play a key role in contributing to the success of this organization. The creativity, innovation, passion and personal pride you have in your job as part of the overall team effort ensures that we consistently achieve our goals. As a company, we strive to promote mutual respect, teamwork and cooperation in the workplace, while delivering on our objectives of safety, continuous improvement, growth and profit. In doing so, we hope to create an environment that is challenging, productive and fun.

This Handbook provides answers to most of the questions you may have about policies and procedures as well as benefits provided. Please use these statements as guidelines in your day-to-day activities and interactions with other employees and with our customers. The policies in this Handbook apply to all employees unless otherwise specified. Many matters covered by this Handbook may also be described in separate Company policies. Separately issued Company policies supersede any conflicting statements included in this Handbook or made by management. If you have any concerns, The most current versions of company policies are available on the Company HRIS system and/or Company Intranet with your employment documents. If you have any questions relating to a policy, please speak with your supervisor or manager to ensure you have the most updated versions of the applicable policies. Should you have any questions regarding this Handbook, please speak with your supervisor or Human Resources Representative. Additionally, this Handbook may not be reproduced in part or whole for distribution outside of the Company.

Please be aware that the Company reserves the right to change, modify, correct, or revoke this Handbook or any of its terms, at any time, with the exception of the At-Will-Employment policy, with or without giving notice to the employees. The At-Will-Employment policy clarifies that either you or the Company has the right to terminate your employment at any time, with or without cause unless a written agreement between you and the Company provides otherwise. As always, you are employed as an at-will employee, and this Handbook in no way should be construed as an employment contract or promise of continued employment. The At-Will-Employment policy can be modified only by written agreement from the Management of the Company. It is your responsibility to stay current with any future changes as they are released. Newly released revisions will be distributed via the Company HRIS system and posted on the Company intranet.

Because the Company may employ people in several different states, the laws of the state where an employee is based will govern the terms of his or her employment—unless otherwise agreed by the Company in writing. Any statements in this Handbook that conflict with the state law that governs a particular employee will not apply to that employee. Finally, nothing in this Handbook should be understood to mean that any employee has rights under federal, state, or local laws that do not apply to the Company or the particular employee.

We hope you find satisfaction in your position and take pride in working with us.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION I –EMPLOYMENT POLICIES

### 1.2 - EQUAL EMPLOYMENT OPPORTUNITY (EEO)

The Company is committed to the cause of equal employment opportunity for all employees and applicants and abides by all applicable state and federal laws.  Our practices regarding employment, job promotion, compensation, training and termination do not discriminate on the basis of actual or perceived race, color, creed, religion, national origin, ancestry, citizenship status, age, sex or gender (including pregnancy, childbirth and pregnancy-related conditions), gender identity or expression (including transgender status), sexual orientation, marital status, military service and veteran status, physical or mental disability, genetic information, or any other characteristic protected by applicable federal, state or local laws and ordinances.  It is expected that all employees, both management and staff, will support these non-discriminatory policies to the fullest extent.

The Company will attempt to make a reasonable accommodation of an otherwise qualified applicant or employee related to an individual's: physical or mental disability; sincerely held religious beliefs and practices; and/or any other reason required by applicable law, unless doing so would impose an undue hardship upon the Company's business operations.

Any applicant or employee who needs an accommodation in order to perform the essential functions of the job should contact Human Resources to request such an accommodation. The individual should specify what accommodation is needed to perform the job and submit supporting documentation explaining the basis for the requested accommodation, to the extent permitted and in accordance with applicable law. The Company then will review and analyze the request, including engaging in an interactive process with the employee or applicant, to identify if such an accommodation can be made. The Company will evaluate requested accommodations, and as appropriate, identify other possible accommodations, if any. The individual will be notified of the Company's decision regarding the request within a reasonable period. The Company treats all medical information submitted as part of the accommodation process in a confidential manner.

Any employees with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of Human Resources. The Company will not allow any form of retaliation against individuals who raise issues of equal employment opportunity. If employees feel they have been subjected to any such retaliation, they should contact Human Resources. To ensure our workplace is free of artificial barriers, violation of this policy including any improper retaliatory conduct will lead to discipline, up to and including discharge. All employees must cooperate with all investigations conducted pursuant to this policy.

### 1.3 - AMERICANS WITH DISABILITIES ACT (ADA)

Discrimination and/or disparate treatment of any disabled person or employee is expressly prohibited.  Upon your request, the Company will engage in a meaningful dialogue with the individual to determine whether any reasonable accommodation can be offered.  We will provide reasonable accommodations for individuals with disabilities, unless it would cause undue hardship.  A reasonable accommodation is any change in the work environment or in the way a job is performed that enables a person with a disability to enjoy equal employment opportunities.  This policy protects any person or employee who:

- has a physical or mental disability which substantially limits or impairs one of life's major functions,
- has a record of such an impairment, or
- is perceived as having an impairment.

If more than one reasonable accommodation alternative exists, the Company will determine which accommodation(s) to implement based on business needs.  The Company may revisit any accommodation if reasonable modifications are needed at any time.

5

## SECTION I –EMPLOYMENT POLICIES

If an applicant or employee requests an accommodation, the Company may require appropriate medical documentation to determine whether a disability exists and the nature of any potential reasonable accommodations.

Your assistance is asked in ensuring the fair treatment of all disabled individuals.

**Any complaints regarding the treatment of those protected under EEO or ADA can be addressed to the Human Resources Representative.  Individuals will be protected from retaliation for lodging a complaint in good faith.**

### 1.4 - NEPOTISM POLICY

The employment of relatives can cause various problems including but not limited to the appearance of favoritism, conflicts of interest, family discord and scheduling conflicts that may work to the disadvantage of both the Company and its employees.

For the purpose of this policy the term "relative" shall include the following relationships: relationships established by blood, marriage or legal action. Examples include the employee's: spouse, mother, father, son, daughter, sister, brother, mother-in-law, father-in-law, sister-in-law, brother-in-law, son-in-law, daughter-in-law, stepparent, stepchild, aunt, uncle, nephew, niece, grandparent, grandchildren, or cousin. The term also includes domestic partners (a person with whom the employee's life is interdependent and who shares a common residence) and a daughter or son of an employee's domestic partner.

It is the goal of the Company to avoid creating or maintaining circumstances in which the appearance or possibility of favoritism, conflicts or management disruptions exist. The Company does permit the hiring of relatives, however prior approval must be obtained.  At the corporate level, no individual should be hired who has or acquires a familial relationship (as defined above) to any existing corporate employee without prior approval from our Chairman. Field employees who are related to another field or corporate employee, would require prior approval from the Executive Chairman.

Approved familial relationships are to be maintained under the following circumstances:

- Individuals may not work under the supervision of the same manager;

- They may not create a supervisor/subordinate relationship with a family member;

- They may not supervise or evaluate a family member;

- The relationship will not create an adverse impact on work productivity or performance;

- The relationship may not create an actual or perceived conflict-of-interest;

- They may not audit or review in any manner the individual's work;

- They may not be employed if a member of the employee's immediate family (spouse, children, parents, grandparents, brothers, sisters, stepfamily members, in-law family members) serves on the Company's Board or any Committee or Council which has authority to review or order personnel actions or wage and salary adjustments which could affect his/her job.

6

## SECTION I –EMPLOYMENT POLICIES

No personal employee relationship covered by this policy will be allowed to be maintained, regardless of the positions involved, if it creates a disruption or potential disruption in the work environment, creates an actual or perceived conflict of interest or is prohibited by any legal or regulatory mandate.

This policy must be considered when hiring, promoting, or transferring any employee.

Should relationships addressed within this policy be identified with either candidates for employment or, current employees the matter should be immediately reported to the Vice President of Human Resources and the following policies and procedures will be followed:

• A determination will be made whether the relationship is subject to the Company's Nepotism policy based on the conditions described above.

• If the relationship is determined to fall within one or more of the conditions described in this policy the VP of Human Resources in consultation with the affected employees and the Company's Executive Management will attempt will to resolve the situation through the transfer of one employee to a new position or identifying some other action (e.g., Supervisory reassignment) which will correct the conflict or issue identified. If accommodations are not feasible then, with affected employee suggestions, the HR in consultation with the Company's Executive Management shall determine which employee must resign in order to resolve the situation.

The Company reserves the right to exercise appropriate managerial judgment to take such actions as may be necessary to achieve this intent of this policy. The Company reserves the right to vary from the guidelines outlined in this policy to address unusual circumstances on a case-by-case basis.

It is the responsibility of every employee to identify to the Company's Human Resources Department any potential or existing personal relationship which falls under the definitions provided in this policy. Employees who fail to disclose personal relationships covered by this policy will be subject to disciplinary action up to and including the termination of employment.

## 1.5 - CLASSIFICATIONS OF EMPLOYMENT

Based on your job duties you will be classified as either an **exempt** or **non-exempt** employee.

• Exempt employees are not required to be paid overtime based on their level of duties performed and are not subject to certain deductions to their weekly salary.  Executives, professional employees, outside sales representatives, certain computer programmers and employees in some administrative positions are typically exempt.

• Non-exempt employees are required to be paid minimum wage and overtime at the federal or state prescribed wage rate, whichever is higher.

In addition, based on your employment status, you will be classified according to the following categories:

• Full-time.  Employees scheduled to work forty (40) hours or more per week.
• Part-time.  Employees scheduled to work less than forty (40) hours per workweek.
• Temporary.  Employees who are hired for a pre-established period usually during peak workloads, for vacation relief, or a specific project.

7

## SECTION I – EMPLOYMENT POLICIES

### 1.6 - SECONDARY EMPLOYMENT

The Company does not seek to regulate your activities outside working hours; however, full-time employees are expected to treat employment with the Company as their primary occupational interest.  Secondary employment may not be in a field in direct competition with the activities of the Company or in an area that creates a conflict of interest with the Company.  This applies to part-time employees as well.  This policy is further detailed in Section 3.7.

### 1.7 - PERFORMANCE EVALUATIONS

Your performance is important to the success of our Company.  Conducting performance evaluations creates a better understanding of your duties and responsibilities and the potential for future development.  All employees will receive performance evaluations annually or as determined by the Company.  A positive performance evaluation does not guarantee an increase in salary, a promotion, or continued employment. Compensation increases and the terms and conditions of employment, including job assignments, transfers, promotions, and demotions, are determined by and at the discretion of management.

In addition to these formal performance evaluations, the Company encourages employees and supervisors to discuss job performance on a frequent and ongoing basis.

### 1.8 - TRANSFERS AND PROMOTIONS

The Company's goal is to promote employees from within the current workforce whenever possible.  Once a new position or vacancy is established, you may apply for the job, provided you have completed six months of continuous employment and are qualified for such advancement.  The Company does not in any way guarantee that internal applicants will receive positions they apply for, and qualified external candidates will be considered to fill vacant positions.

### 1.9- PERSONNEL FILES

The Company maintains information regarding you and your employment on a confidential basis. Access to this information is limited to those who have a legitimate and verifiable need to know specific information about an employee.  This information is maintained by the Human Resources Representative in an electronic personnel file.

You are responsible for maintaining up-to-date personal information and ensuring that the Company's records are as current and accurate as possible. If you have a change in any of the following items, please update The Company's records by contacting the Human Resources Representative as soon as possible for assistance:

| | |
|---|---|
| Legal name | Home address |
| Home telephone number | Person to call in case of emergency |
| Number of dependents | Marital status |
| Change of beneficiary | Exemptions on your W-4 tax form |
| Change of Emergency Contact | |
| Driving record or status of driver's license, if you operate any Company vehicles | |

Failure to advise The Company of changes in the above items in a timely manner may result in denial of benefits coverage, negative tax consequences, failure to receive notices or other important information, etc. We cannot over-emphasize the importance of updating changes as soon as possible.

8

You may view the personnel file maintained regarding your employment by contacting the Human Resources Representative who will review it with you by appointment.

## 1.10 - EMPLOYMENT REFERENCES

All requests for information from employee files received from other departments and inquiries from outside the Company, including requests for references on former employees or current employees, should be directed to the Human Resources Representative, who will consider and respond to the request. **Supervisors and all other employees are prohibited from providing untruthful information or acting with malice or reckless disregard for the truth or falsity of information disclosed, about former employees or current employees.**

## 1.11 - FAIR CREDIT REPORTING ACT

It is the policy of the Company to request authorization to obtain a consumer report and/or investigative consumer report on applicants to verify background for employment purposes. As an employee, these reports may be requested again should circumstances warrant the necessity to obtain the records.

## 1.12 – IMMIGRATION REFORM AND CONTROL ACT

In compliance with the federal Immigration Reform and Control Act of 1986, and all amendments, our Company is committed to employing individuals who are authorized to work in the United States. On the first day of employment, all new employees must complete a Form I-9 and present documentation establishing identity and employment eligibility within the first three days of employment. If an individual is authorized to work in the United States for a limited time period, eligibility will need to be re-verified prior to expiration.

## SECTION II – HOURS & COMPENSATION

### 2.1 - WAGE AND SALARY ADMINISTRATION

The Company compensates employees based on your qualifications, previous work experience and a successful stable work record.  Wages are set at a competitive market rate relative to internal and external considerations.  Any wage increase or adjustment to your compensation will be determined by your performance and contribution to the Company's profitability.  This is not a promise that you will receive an annual salary increase.  Compensation and terms of employment are within the sole discretion of the Company.

### 2.2 - HOURS OF OPERATION/LUNCH

The hourly pay period begins Monday at 12:01 a.m. and ends Sunday at midnight.   Most office-based departments will primarily work regular business hours Monday through Friday, with some of these departments being required to work on weekends as business dictates.  Your supervisor will advise you of your department's work hours and lunch schedule, which is determined by departmental and operational requirements.  The lunch break is for one hour and you are expected to return to work on time.

Field-based positions work pre-determined schedules, typically working 12-hour shifts with rotating days off. Due to the variety of field-based work schedules, your supervisor will provide your exact work schedule requirements.  Field-based employees are required to comply with supervisors' instructions regarding scheduling.

### 2.3 – OVERTIME PAY AND APPROVAL

N**on-exempt employees** will receive overtime pay at 1.5 times the base hourly rate for all hours actually worked in excess of forty (40) hours in a given workweek in accordance with the Fair Labor Standards Act.

Employees working field operations, due to the pre-determined work schedule, will work overtime nearly every week.  There will be times when overtime is required from our office-based employees in order to meet the demands of our customers. Should there be any scheduling conflicts, please discuss with your supervisor.

It is required that all overtime be approved **in advance** by your supervisor.  Failure to receive the supervisor's approval before working overtime on a repeated basis may be cause for disciplinary action.

You may be paid for absences from work due to vacation, sick days, holidays or other excused absences, but these hours are not considered time worked and will not be counted towards computation of overtime.

At no time should employees perform work while "off the clock."  All time spent working should be properly recorded.  You should notify the Human Resources Representative immediately should you be requested to not report all hours worked.

For purposes of calculating overtime for non-exempt employees, the workweek begins at 12 a.m. on Monday and ends 168 hours later at 12 a.m. on the following Monday.

**Exempt employees** are not eligible to receive overtime compensation.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION II – HOURS & COMPENSATION

### 2.4 - TIMEKEEPING PROCEDURES

All non-exempt employees are required to complete an electronic time record each week reflecting actual hours worked as follows:

- You are required to record your time on a **daily basis** to ensure accuracy and completeness.  Excused and unexcused absences should be noted.

- When recording your time for a week in which a holiday occurs, you should record **only the actual hours worked.** Human Resources will add eight hours for the holiday.  The holiday hours will be paid at your base hourly rate.

When recording your time for a week in which overtime occurred, you should record the actual number of hours worked as regular hours.  Overtime is computed on hours worked in excess of forty hours in a given work week.

Electronic time records will have your name, hours worked, and date of submission recorded.  Any changes or corrections to your timecard must be reviewed and approved by you and your supervisor.  Under no circumstances may you record hours on another employee's timecard or time record or alter it in any way.  Intentional misrepresentation on your timecard or time record or that of another may be cause for disciplinary action up to and including termination.

Exempt employees are required to record their daily work attendance and report full days of absence from work for reasons such as leaves of absence, sick leave, or personal business.

It is the employee's responsibility to sign time records to certify the accuracy of all time recorded. Any errors in the time record should be reported immediately to a supervisor, who will attempt to correct legitimate errors.

### 2.5 - PAY SCHEDULE

You will be paid either on a biweekly schedule (every other Friday), or on a semi-monthly schedule, on or before the fifteenth (15th) and last day of each month, dependent on your exemption status and work schedule.  Should the payday fall on a Saturday, Sunday, or holiday, you will receive your paycheck the preceding workday.

The company pays payroll by direct deposit.  The Human Resources Representative can assist you in setting up Direct Deposit on the payroll portal.

If the company issues a paycheck, we will not release paychecks to anyone without your prior authorization.  The individual designated to pick up your check will be asked for picture identification.  If the identification provided is not satisfactory, the check will not be released.

### 2.6 - REDUCTION IN PAY

All deductions in pay must have prior written authorization unless it is in accordance with federal and state laws or court mandates. Non-exempt employees may be docked pay for hours not worked when paid time off is not available to offset time lost.  **At time of termination, any sick leave or vacation used but not yet accrued will be deducted from the final pay**.  As a condition of employment, a written authorization form will be completed authorizing this deduction.

An exempt employee's salary represents payment for all hours he or she may be required to work in any given workweek, regardless of the actual number of hours worked.  Exempt employees may be docked for whole days

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION II – HOURS & COMPENSATION

(other than occurrences for FMLA) missed based on one of the following:

- o Personal reasons, other than sickness or disability, if the employee does not have enough accrued personal or vacation days to cover the absence.
- o Sickness or disability (including work-related accidents) if the pay deduction is Sickness when the employee does not have enough accrued sick days to cover the absence.
- o Penalties imposed in good faith for infractions of safety rules of major significance; and
- o Unpaid disciplinary suspensions imposed in good faith for infractions of workplace conduct rules.
- o Paid a proportionate part of full salary when work less than 40 hours during the first and/or last week of employment.

Docking of partial days for an exempt employee is permitted during periods of intermittent leave when it is certified under FMLA.

Payroll stubs itemize deductions made from gross earnings. By law, the Company is required to make deductions for Social Security, federal income tax and any other appropriate taxes. These required deductions also may include any court-ordered garnishments. Payroll stubs also will differentiate between regular pay received and overtime pay received.

If there is an error in any employee's pay, the employee should bring the matter to the attention of Human Resources immediately so the Company can resolve the matter quickly and amicably.

Any questions or concerns about pay should be brought to the attention of your supervisor or the Human Resources Representative.

### 2.7 - PAY CONCERNS

The Company strives to ensure that all employees are fully paid in accordance with the arrangements that have been established between them and the Company and to fully comply with the requirements established by any applicable federal, state and local laws. The Company prohibits managers from making improper deductions from employees' salaries. To ensure proper payment and that no improper deductions are made, employees must review pay stubs promptly to identify and report all errors.

If you believe that an improper deduction has been made to your salary or that you have not been fully paid for any payroll period, you should immediately report it to the Human Resources Representative or, if unavailable, to a member of management. These reports will be promptly investigated, and the Company will not retaliate against an employee for making such a report. If the Company determines that an improper deduction has occurred or that you did not receive full compensation, you will be promptly reimbursed.

### 2.8 - HOLIDAY PAY

**Exempt employees** will be paid for the holiday. If you are required to work on holidays, you do not receive any additional compensation.

**Non-exempt employees** will be paid for the holiday at their base hourly rate for eight (8) hours of work. Non-exempt employees required to work on a holiday will receive compensation for hours worked on that holiday in addition to regular holiday pay.

**Part-time employees, temporary employees, or employees on a leave of absence** or **on lay-off** are not eligible to receive holiday pay.

## SECTION II – HOURS & COMPENSATION

To be eligible to receive holiday pay, an employee must work on the days preceding and following a holiday unless the employee has an excused absence or medically certified illness.  Any exceptions require the approval of the Human Resources Representative or management.

**Refer to the annual holiday release for current year scheduled Holidays.**

### 2.9 - VACATION OR SICK PAY PRACTICES

Full-time employees are compensated for vacation or sick pay as follows:

**Non-exempt employees** will receive pay at their base hourly rate for 8 hours on the day they are scheduled to work.

**Exempt employees** will receive their base hourly rate for periods during which vacation or sick leave is taken.

You will not be paid for earned but unused vacation if you elect not to use it, except in the case of voluntary termination.  In order to receive earned but unused vacation pay upon termination, you must give two (2) weeks' notice of intent to terminate employment.  If an employee is involuntarily terminated, all unused vacation will be forfeited.  You will not receive any unused sick leave pay in any circumstances.

Vacations should be taken during the year accrued, unless otherwise required by law. Accrued, unused vacation time can be carried over to the following calendar year only if approved by Human Resources. Otherwise, accrued but unused vacation time will not rollover to the following calendar year.

Advanced but unaccrued vacation will be deducted from final paychecks to the extent permitted by law.

See section 4.1 for current vacation accrual rates.

### 2.10 – Remote Work/Telecommuting

The Company may allow employees to work remotely if their job duties and work performance are determined to be eligible for remote work. Eligibility will be decided on a case-by-case basis by the Company. Employees also may be required to work remotely during periods of public health emergencies if government orders and mandates recommend such work.

This policy provides general information regarding remote work/telecommuting. Employees who are approved to work remotely should consult their individual agreement for specific details of their remote work/telecommuting arrangement, such as expected work hours, equipment provided, and other important information.

Any remote work/telecommuting arrangement may be discontinued by the Company at any time and at the discretion of the Company. Employees also may discontinue the arrangement but may not be guaranteed office space at the Company's location.

**At-Will Employment**

This policy and any individual agreement addressing this work arrangement do not create a contract of employment and are not intended to be considered or construed as a promise of continued employment. Employment is at will and may be discontinued at any time by the Company or employee without notice, cause, or liability.

13

## SECTION II – HOURS & COMPENSATION

**Hours of Work**

Employees will work full time from home. Scheduled hours of work will be set by the employees' manager or supervisor. Employees should maintain regular contact with their supervisors and managers.

Nonexempt employees must accurately record all hours worked pursuant to the Company's timekeeping system and take rest and meal breaks as if in the Company's workplace and as required by law. Nonexempt employees may not work beyond scheduled working hours (including working more than 40 hours in a workweek) without prior, written authorization from their manager or supervisor.

**Location**

Employees will provide, at their expense, a secure, dedicated work area. Employees are responsible for maintaining the work area in a safe, secure, and nonhazardous condition at all times. Employees will maintain security devices and procedures necessary to prevent use by unauthorized persons, including by preventing the connection of any Company-furnished computer system, network, or database to any computer, network, or database other than a computer, network, or database to which connections are provided or authorized by the Company.

**Duties**

Employees are expected to follow all existing Company policies and procedures. The duties, obligations, responsibilities, and conditions of employment with the Company remain unchanged. Employees must stay engaged with work throughout the workday and be fully available during normal business hours. If employees do not successfully perform their job duties remotely, this arrangement will be revoked. Employees are expected to follow existing Company policies with respect to scheduled and unscheduled time off, including the obligation to speak with their manager or supervisor before the scheduled start time in the event of an unscheduled absence, tardy, or early departure.

**Accidents and Injuries**

Employees agree to maintain safe conditions in the remote work space and to practice the same safety habits and rules applied on Company premises. If employees incur an injury arising out of the course and scope of the assigned job duties while working in the remote work space, the workers' compensation provisions in place for the state in which the employees are working will apply. Employees must notify their supervisor or manager immediately and complete all necessary and/or requested documents regarding the reported injury. The Company assumes no responsibility for injuries occurring in the remote workspace outside normal working hours or for injuries that occur as a result of a reasonably recognizable unsafe remote work space.

**Equipment**

Employees agree to use electronic equipment that has been encrypted and meets all of the Company's security requirements. If the Company provides equipment for home use, employees agree to provide a secure location for Company-owned equipment and will not use, or allow others to use, such equipment for purposes other than Company business. Employees have no expectation of ownership in such equipment, linkages, property, or other items installed or provided by the Company. The Company will bear the expense of removal of any such equipment, linkages, and installations provided by the Company upon the termination of the remote work/telecommuting arrangement but not modification of or repairs to the work location. Employees hereby release the Company from any damage or liability incurred in the installing or removal of the equipment provided by the Company.

14

## SECTION II – HOURS & COMPENSATION

**Return of Company Property**

All equipment, records, and materials provided by the Company will remain Company property. Employees agree to return Company equipment, records, and materials upon request. All Company equipment will be returned by employees for inspection, repair, or replacement as needed or requested or immediately upon termination of the remote work/telecommuting arrangement. All equipment must be returned within five (5) business days of written notice to the employees.

**Expenses**

Upon presentment of receipts and in accordance with the Business Expense Reimbursement policy, the Company will reimburse employees for certain preapproved expenses.

Regular household utility charges, such as electricity, water, phone, Internet service, auto, homeowners' insurance, etc., are not reimbursable unless state law requires reimbursement.

**Confidentiality**

Employees agree that they are subject to the Company's policies prohibiting the nonbusiness use or dissemination of the Company's confidential business information. Employees will take all appropriate steps to safeguard the Company's confidential business information, including segregating it from personal papers and documents, not allowing nonemployees to access such information, and keeping such information in locked drawers or file cabinets when not in use. Employees will maintain confidential information, including, but not limited to, information regarding the Company's products or services, processing, marketing and sales, client lists, client e-mail addresses and mailing addresses, client data, orders, memoranda, notes, records, technical data, sketches, designs, plans, drawings, trade secrets, research and development data, experimental work, proposals, new product and/or service developments, project reports, sources of supply and material, operating and cost data, and corporate financial information.

**Contact**

If employees have any questions concerning this policy or would like to apply to work remotely, they should contact Human Resources.

## 2.11 - TRAVEL AND BUSINESS EXPENSE REIMBURSEMENT

Every employee who drives a vehicle on Company business must possess a valid driver's license and, where applicable, maintain at least the minimum amount of insurance required by law. Each employee is personally responsible for any fines incurred as a result of driving or parking violations. In addition, no employee is permitted, under any circumstances, to operate a Company vehicle (or a personal vehicle for Company business) when any physical or mental impairment causes the employee to be unable to drive safely. This prohibition includes, but is not limited to, circumstances in which the employee is temporarily unable to operate a vehicle safely or legally because of illness, medication, or intoxication.

Should you have to drive on Company business in the local area or surrounding community of your office location, you should schedule the use of the Company pool vehicle with the Transportation Manager. If it is not available, then you may use your personal vehicle. You will be reimbursed mileage for conducting Company business with the use of your vehicle.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION II – HOURS & COMPENSATION

Please refer to the Company Motor Vehicle Policy for detailed policy.

The Company's Expense Reimbursement Policy details the guidelines for reimbursable expenses incurred by Company employees and contractors ("personnel") and the procedures for submitting and approving expense reports.  The primary purpose for this procedure is to provide clear instruction regarding reimbursable expenses, communicate the Company's requirements for receiving expense reimbursements, and provide guidance on expenses that should be billed directly to the Company.

### 2.12 - TRAVEL PAY

The purpose of this policy is to outline pay rules that apply to rotational nonexempt employees when traveling to and from jobsite locations.

Employees in positions classified as nonexempt (overtime eligible) may be eligible in certain situations for compensation for the time they spend traveling. The compensation an employee receives depends on the kind of travel, whether the employee is performing work while traveling and whether the travel time takes place within normal work hours, workdays, and schedules.

"Normal work hours," for the purposes of this policy, are defined as an employee's regularly scheduled work hours (e.g., 6 a,m, to 6 p.m.). This definition applies to normal workdays (Monday through Sunday) and schedules. Employees with variable work hours will have their normal work hours defined by human resources prior to travel, based on a review of time records over the previous month.

 "Travel time" is defined according to the type of travel involved:

**Travel from home to jobsite:** Travel to and from home and to job location/city is generally not compensable.

**For field rotational employees travel from company-provided housing to jobsite:**  Travel from company-provided housing to the jobsite is compensable, pursuant to company policy. If the travel time is compensable, it will be added to the workday and paid as regular pay or, if overtime, paid also as overtime pay. The travel time between company-provided housing and the jobsite is calculated by the OEC Engineers in the Operational Excellence Center ("OEC") based on actual mileage from the company provided-housing to the jobsite. The mileage and the travel time from the job proposal determine the travel time for the job.

**Travel for a one-day assignment in another city:** If during their rotation, an employee is tasked with reporting to another jobsite that is not their assigned jobsite for a special one-day assignment and returns the same day, the employee will be paid for the time spent traveling to and from the other city.

**Travel during the workday:** Time spent by an employee traveling as part of his or her regular job duties, such as travel from one jobsite to another jobsite during the workday, is work time and is compensable.

**Overnight Travel away from assigned jobsite:** If after arriving at their job location an employee is sent to another jobsite that is not their assigned jobsite or fleet, travel time that takes place within normal work hours, is generally treated as work hours. Travel time that is outside normal working hours may be compensable under certain circumstances, such as if the employee immediately begins working at the new jobsite upon arrival at the location/destination to which the employee has been instructed to report and the employee had begun working at the assigned jobsite at the time the employee was instructed to report to the other jobsite.  Time spent traveling from the job location to an airport terminal or train station is considered commute time ("commute time") and is not treated as hours worked. Time spent waiting at a terminal until arrival at the destination is compensable when it falls during normal work hours, normal workdays, and normal shifts.

16

## SECTION II – HOURS & COMPENSATION

**Travel time as the driver of an automobile:** All authorized travel time, outside of the commute time defined above, spent actively driving an automobile in the course and scope of employment is treated as work and is compensable, regardless of whether the travel takes place within normal work hours or outside normal work hours.

**Calculating and Reporting Travel Time**
Employees are responsible for accurately tracking, calculating, and reporting travel time on their time sheets in accordance with this policy. Meal periods should be deducted from all travel time. Any questions about whether travel time is compensable should be referred to the employee's supervisor who should consult with human resources about whether the travel time is compensable.

## 2.13 – LACTATION BREAKS FOR NURSING MOTHERS

Recognizing that for many women and their babies, breastfeeding is important, the Company will provide a comfortable private area to express breast milk. Additionally, a clean, safe water source and a sink for washing hands and rinsing out any needed breast-pumping equipment are available.

A nursing mother who returns to work full-time may take breaks for lactation purposes. Generally, the amount of time for breaks will be the same as under the break policy. The timing of the break can be altered to best accommodate the nursing mother and her work schedule.

17

# SECTION III – STANDARDS OF PERSONAL CONDUCT

## 3.1 – PUBLIC RELATIONS

The success of the Company depends upon the quality of the relationships between the Company, our employees, our partners, our suppliers, and the general public.  No matter what position you hold, every time you interact with any outside party, you have an opportunity and are expected to convey a positive and professional image on behalf of the Company. Here are several things you can do to help make sure the impression you convey is the right one:

- All inquiries from the media must be referred to the Executive Chairman or CEO of the company. Employees should not discuss any company matters with the media unless the employee is authorized to do so in writing by the CEO of the Company or the Executive Chairman.
- Act competently and deal with outside parties in a courteous and respectful manner.
- Follow up on instructions and questions promptly, provide business-like replies to inquiries and requests, and perform all duties in an orderly manner.
- Take great pride in your work and enjoy doing your very best.
- Embody and demonstrate the qualities of the Company values. These are the building blocks for your and the Company's continued success.

## 3.2– PROFESSIONAL APPEARANCE STANDARDS

### Corporate Offices

Dress is business casual and employees are expected to present a clean, neat, and well-groomed appearance including personal hygiene, on a daily basis.  Hair should be clean and neatly groomed.  Sideburns, moustaches, and beards should be neatly trimmed.  Extreme use of jewelry or cosmetics is prohibited.  If you would like assistance determining what constitutes "business casual," please consult with your supervisor.

Unkempt, wrinkled, worn, torn, or revealing clothing is never appropriate in our offices.  Examples of non-business attire include but are not limited to jeans (unless it is a designated day), cargo pants, hip huggers, T-shirts, tank tops, halter or midriff tops, shorts, rollers, clothes with decals or lettering, very short skirts (more than 3 inches above the knee), see-through blouses and after-five attire.  Unacceptable footwear includes flip flops, athletic shoes, and hiking boots.

Body piercing and accompanying adornments (other than traditional earrings worn by female staff members) are not considered appropriate for male or female staff members.  Minimal tattoos are generally accepted if they are not offensive, unprofessional, or distracting.  Moderate level of visible tattoos are not considered professional or appropriate.  Please get with your supervisor or Human Resources if you have any questions relating to the appropriateness of your attire or appearance.

The Company expects employees to dress suitably based on their individual circumstances.  Individual job responsibilities, meetings, presentations, etc. may periodically require employees to dress in business professional attire.  Employees should use practical and professional judgment to identify these situations and, where possible, confirm with their Immediate Supervisor prior to the event.

**Casual Saturday and Sunday:** Attire that reflects the highest level of professionalism is an important part of the culture at the Company.  Having a work environment that embraces flexibility and work-life balance is similarly important.  To that end, on Saturdays and Sundays, subject to the parameters noted above, a more casual style of attire is permissible including denim slacks/jeans, and more casual shoes and tops or shirts.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION III – STANDARDS OF PERSONAL CONDUCT

**Operations Sites**

The Company acknowledges the distinct differences between our Corporate Offices and Operations Sites with regard to appropriate attire.  The Company employees working from our operational sites should consider numerous factors when determining appropriate attire including, but not limited to, professionalism and personal safety.  In general, please use your best judgment when deciding on appropriate attire, and do not hesitate to ask your immediate supervisor if you are unsure. In most instances, Company issued uniforms are the only permissible clothing articles allowed to be worn on work sites.

### 3.3 - ATTENDANCE

You are expected to arrive for work on time and be ready to begin work promptly.  In the event you are unable to attend work due to illness, car trouble, personal emergency, or other personal problems, you must contact your supervisor as soon as possible.  If the supervisor is unavailable, you should contact the Human Resources Representative.

**Absence**.  Defined as any absence from work during scheduled working hours *excluding* work-incurred injuries, vacation, holidays, jury duty or leave of absence with or without pay.

**Excessive Absence**.  Defined as more than eight absences in a 12-month period excluding FMLA related leave or other approved leave.

**Tardiness.**  Defined as failure to be at your workstation, ready to work after the designated start time or leaving work prior to the end of the scheduled work time.  It is understood that occasionally tardiness cannot be avoided due to circumstances beyond our control such as personal issues, traffic accidents or severe weather.

*Excessive Tardiness. Defined as four or more tardies in a three-month period excluding FMLA related instances.*

**Excessive Absences and Tardiness:**

- **Performance Reviews** - Absenteeism and tardiness will be reviewed annually as part of each employee's performance appraisal.

- **Counseling Action** - Persistent tardiness or frequent absences without a reasonable cause may result in disciplinary action and, if not remedied, could result in termination.  If you are absent for three (3) consecutive days without giving notice to your supervisor, you will be considered as having voluntarily terminated your employment based on job abandonment.

- **Scheduled Absences** - You are asked to make every attempt to schedule appointments at a time that will be the least disruptive to the work environment.

### 3.4 - ALCOHOL AND SUBSTANCE ABUSE

The Company is firmly committed to a drug free workplace in order to maintain a safe working environment for our employees and others.  To promote efficient operations, the Company expects every employee and other individuals performing work for the Company to be unimpaired by any prohibited substance.  The Company, therefore, prohibits the following:

- The unlawful or unauthorized use, solicitation, possession, manufacture, distribution, dispensation, or sale of prohibited substances on Company premises, in Company-supplied vehicles, or at any location while on Company business;

19

## SECTION III – STANDARDS OF PERSONAL CONDUCT

- Performing any job duties under the influence or impairment of prohibited substances on Company premises, in Company-supplied vehicles, or at any location while on Company business;

- The possession, use, distribution, dispensation, or sale of prohibited substances off Company premises that may adversely affect the employee's work performance, the employee's or others' safety at work, or The Company's reputation in the community;

- Operation of Company vehicles or equipment while under the influence of prohibited substances;

- Possession of Prohibited Substances on Company premises, including Company provided housing and Company vehicles;  and

- Possession of prescription drugs that are not in the correct container or are not prescribed to the person in possession of such drugs.

Employees may possess and take medication prescribed for them by a licensed physician authorizing employee to return to work in accordance with the prescription as long as the medication does not impair an employee's ability to perform his or her job.  However, this exception does not extend any right to possess or report to work under the influence of medical marijuana or to use medical marijuana as a defense to a positive drug test, to the extent the employee is subject to any drug testing requirement, except as permitted by and in accordance with applicable law. Employees should keep all prescribed medicine in its original container bearing a label that shows drug identity, date of prescription, and name of doctor.  Improper use of medication obtained through a prescription is a violation of this Policy. Any prescriptions to medications that may impair an employee's judgment or ability must be brought to the attention of HR for evaluation.

Employees agree, as a condition of employment, to abide by this policy.  Refusal by an employee to sign an acknowledgement of the Alcohol and Substance Abuse Policy will be construed as a voluntary termination.

Violation of the Alcohol and Substance Abuse Policy will result in disciplinary action, up to and including termination even for a first-time offense, at the sole discretion of The Company and in accordance with all applicable state and federal laws.  The Company may also, at its discretion, initiate other action, including, but not limited to, notification of appropriate law enforcement agencies.

The Company maintains a policy of non-discrimination and will work with individuals to make reasonable accommodations to assist individuals recovering from substance and alcohol dependencies, and those who have a medical history which reflects treatment for substance abuse conditions. However, employees may not request an accommodation to avoid discipline for a policy violation. We encourage employees to seek assistance before their substance abuse or alcohol misuse renders them unable to perform the essential functions of their jobs, or jeopardizes the health and safety of any Company employee, including themselves.

**Refer to the affiliate specific D&A Policy and testing procedures, if applicable.**

## SECTION III – STANDARDS OF PERSONAL CONDUCT

### DEFINITIONS

**"Prohibited substances"** shall mean any substance, legal or illegal, which has any altering effect upon one or more human faculties, or that impairs a person's ability to safely perform his/her work, specifically including, but not limited to, all alcoholic beverages, all prescription and over-the-counter medications prohibited or restricted by this policy, all psychoactive substances, all controlled substances, all inhalants, all "synthetic or designer" drugs, all "look-alike" drugs, all drug paraphernalia, and all substances illegal under federal or state law.

## 3.5 - HARASSMENT

It is the Company's intent to maintain a working environment that encourages mutual respect and promotes respectful and congenial relationships between employees.  The work environment is to be kept free from all forms of harassment of any employee or applicant on the basis of actual or perceived race, color, creed, religion, national origin, ancestry, citizenship status, age, sex or gender (including pregnancy, childbirth and pregnancy-related conditions), gender identity or expression (including transgender status), sexual orientation, marital status, military service and veteran status, physical or mental disability, genetic information or any other characteristic protected by applicable federal, state or local laws (referred to as "protected characteristics").  Harassment in any manner or form is expressly prohibited and will not be tolerated.  The Company is committed in the enforcement of this policy.

### PURPOSE

To establish the Company's policy on the matter of harassment, to set forth guidelines for handling violations of the policy and to state the procedure for handling complaints.  In order to provide a harassment-free work environment, the policy applies to all employees, staff, supervisors and management employees at any Company facility as well as customers, vendors, contractors and other non-employees on the premises.

### DEFINITIONS

Harassment is unwelcome verbal, visual or physical conduct that belittles or shows hostility or aversion towards an individual because of any actual or perceived protected characteristic or has the purpose or effect of creating an intimidating, hostile, or offensive work environment; or interfering with an individual's work performance; or adversely affecting an individual's employment or a career-related action.  Harassment will include any actions as described in this policy that involve individuals of the opposite sex or the same sex.

Harassment occurs in a variety of situations which all share a common element:  unwelcome comments or behavior that negatively impacts the workplace.  Some examples of harassing behavior include, but are not limited to:

VERBAL -  Slurs, jokes, insults, epithets, gestures, teasing, or threats directed toward an employee, his/her family or property; innuendoes or comments emphasizing the age, color, disability, gender, national origin, race or religion of an employee; jokes regarding the age, color, disability, gender, national origin, race or religion of an employee; graphic comments; slurs; unwelcome flirtations, propositions, or sexual comments toward an employee.

VISUAL - Derogatory, offensive, demeaning or suggestive graffiti, drawings, gestures, posters, text messages, social media posts, emails or objects.

PHYSICAL - Unwelcome touching, impeding or blocking movement, physical interference with normal work or movement, assault.

Sexual harassment can include all of the above actions, as well as other unwelcome conduct, such as unwelcome or unsolicited sexual advances, requests for sexual favors, conversations regarding sexual activities and other

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION III – STANDARDS OF PERSONAL CONDUCT

verbal, visual or physical conduct of a sexual nature when:

- submission to that conduct or those advances or requests is made either explicitly or implicitly a term or condition of an individual's employment; or
- submission to or rejection of the conduct or advances or requests by an individual is used as the basis for employment decisions affecting the individual; or
- the conduct or advances or requests have the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

### POLICY

It is the policy of the Company to maintain a working environment free from all forms of harassment of any employee or applicant for employment on the basis of a protected characteristic.  Harassment in any manner or form is expressly prohibited on or off Company premises and will not be tolerated.  The Company is committed to vigorously enforcing this policy against harassment.  This policy is to be strictly enforced with the full support of management of the Company.

All reported or suspected occurrences of harassment will be promptly and thoroughly investigated in confidence, to the extent practicable.  Where harassment is determined to have occurred, the Company will take appropriate disciplinary actions, including possible suspension, transfer and/or termination.

### PROCEDURES

Complaints of any type of harassment will be handled through the Company's complaint procedure in a prompt and efficient manner.  The procedure for reporting harassment relative to a job-related complaint is outlined below.

- Discuss the incident with the employee's immediate supervisor.
- If uncomfortable discussing the incident with the supervisor, or if the incident is regarding the supervisor, then the employee should contact and discuss the incident with the Human Resources Representative or another member of management.
- Contact and discuss the incident with upper management if the harasser is a member of management.
- Report any instances or concerns of wrongdoing by Company employees and vendors, whether acting in their official or personal capacities, via Syntrio Anonymous Reporting utilizing the following methods:
    - The Company's Innovation Portal
    - Website: report.syntrio.com/beusa
    - Toll-Free Telephone:
        - English speaking USA and Canada: 833-490-0007
        - Spanish speaking USA and Canada: 800-216-1288
        - French Speaking Canada: 855-725-0002
    - E-mail: reports@lighthouse-service.com (must include Company's name with report)
    - Fax: 215-689-3885 (must include Company's name with report)

The incident will be documented, and the Human Resources Representative will conduct an investigation into the complaint.  All parties involved will be advised that, to the extent practical, the investigation is confidential, and instructed that any violation of confidentiality may be cause for disciplinary action.

Upon completion of the investigation, a report will be made to the General Counsel regarding the allegations and the findings of the investigation. The General Counsel will review the report and conduct further investigation, if necessary, to resolve the complaint.

If the facts prove that the accused employee exhibited behavior that constituted harassment, management will institute disciplinary action up to and including termination.

22

## SECTION III – STANDARDS OF PERSONAL CONDUCT

If the complainant is dissatisfied with the resolution of the complaint or fails to see follow through, then the complainant may proceed to file another complaint to another member of management or the General Counsel. All documentation regarding a harassment complaint will be kept in a confidential file separate from the employee's personnel file.  Access will be strictly controlled by the Human Resources Representative.

Any supervisor, manager or above who receives a complaint (formal or informal) or witnesses any employee behavior that may constitute harassment as described above must report it to management immediately.  All complaints should be taken seriously and handled with dignity.  Those complaining should never be told that they are overreacting or being too sensitive.  Supervisors and employees should not speculate on the position or action management might take regarding a harassment complaint thus deciding not to report a situation involving harassment.

**RETALIATION**
It is the policy of this Company that no employee shall suffer negative repercussions as a result of bringing a harassment complaint.  It is illegal to retaliate against an employee who has made a good faith complaint about perceived harassment or discrimination.

An employee who feels they have in any way been retaliated against for making a harassment complaint should report this to the Human Resources Representative and/or any other member of management.  Complaints of retaliation should be investigated and handled in the same way harassment complaints are handled.

As a new employee you will be required to sign an acknowledgement of this Policy in Section V.

## 3.6 - COMPLAINT PROCEDURES

We are committed to providing the best possible climate for maximum development and goal achievement for all employees.  We seek to develop a spirit of teamwork whereby individuals work together to attain goals and objectives.  However, from time-to-time misunderstandings or conflicts can arise in any organization.  To ensure effective working relations, it is important that such matters be resolved before serious problems develop.  If you have a general complaint relating to your work environment, you are encouraged to use the following procedures to resolve that complaint:

- Bring the matter to the attention of your direct supervisor.  If the complaint involves your supervisor or you do not feel comfortable discussing the matter with your supervisor, you may bring the complaint to the attention of the Human Resources Representative or any member of management.

- In cases where you feel your complaint has not been satisfactorily addressed and resolved, you may then appeal to any other member of management for review and resolution.

## 3.7 - WHISTLEBLOWER POLICY

A whistleblower as defined by this policy is an employee of the Company who reports an activity that he/she considers to be illegal or dishonest to his/her supervisor, Human Resources, or the General Counsel. The whistleblower is not responsible for investigating the activity or for determining fault or corrective measures, as appropriate management officials are charged with these responsibilities.

What to report   Examples of illegal or dishonest activities include, but are not limited to, improper conduct, harassment (whether based upon race, sex, religion, national origin or other protected category), safety violations, disclosure of confidential information or trade secrets of the Company or a customer of the Company,

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION III – STANDARDS OF PERSONAL CONDUCT

violations of federal, state or local laws, billing for services not performed or for goods not delivered, other fraudulent financial reporting, and any other failure to comply with Company policy.

If an employee has knowledge of or a concern of illegal or dishonest fraudulent activity, the employee is to contact his/her immediate supervisor, Human Resources, or the General Counsel. The employee must exercise sound judgment to avoid baseless allegations. An employee who intentionally files a false report of wrongdoing will be subject to discipline up to and including termination.  You will not be disciplined for making a good faith report.

Confidentiality:  The confidentiality of the whistleblower will be maintained. However, identity may have to be disclosed to conduct a thorough investigation, to comply with the law and to provide accused individuals their legal rights of defense.

Retaliation: The Company will not retaliate against a whistleblower. This includes, but is not limited to, protection from retaliation in the form of an adverse employment action such as termination, compensation decreases, or poor work assignments and threats of physical harm. Any whistleblower who believes he/she is being retaliated against must contact Human Resources immediately. The right of a whistleblower for protection against retaliation does not include immunity for any personal wrongdoing that is alleged and investigated.

Investigation: Depending on the nature of the report, an internal inquiry or a more formal investigation may be performed.  Updates about the matter may be limited as specific details may not be possible for, among other reasons, this could infringe on the privacy of other individuals. The Company will investigate in a manner that it determines is fair and appropriate under the circumstances.

### 3.8 - CODE OF ETHICS/CONFIDENTIALITY

Employees are expected to act in a responsible and respectable manner at all times as it is a direct reflection on the Company's reputation.  Additionally, employees are to remain free of influences that may result in the loss of objectivity regarding business conducted with Company customers, vendors or with the Company itself.  You are required to disclose and avoid any interests or activities involving another organization or individual that may result in a conflict of interest for the Company.

#### Purpose
Excessive activities and gratuities and access to information may lead to conflicts of interest for employees, managers, and principal shareholders.  The Company has developed this policy to recognize such positions and to prevent a loss of objectivity by requiring appropriate and trustworthy conduct of all employees, managers and principal shareholders.

#### Policy
Employees assume a duty to the Company, its customers, and its shareholders, to act in all matters in a manner that will merit public trust and confidence.  An employee may not use his/her position, influence, confidential information, or company assets for personal gain.  This duty extends to all activities, both personal and professional.  Each employee of the Company is expected to direct his/her personal conduct in a manner which will bring credit to the organization and to avoid any action which would discredit the Company.

In the exercise of privileges and authority arising from Company employment, two fundamental principles apply: a Company employee will place the interests of the Company ahead of his/her own private interest; and a Company employee has a duty to make full disclosure of any situation in which his/her private interests create a conflict or potential conflict with those of the Company.

24

## SECTION III – STANDARDS OF PERSONAL CONDUCT

The following statement of policy calls for reporting or disclosure of a situation of conflict of interest. Potential conflicts of interest should be disclosed to management, including those arising due to business or personal relationships with customers, suppliers, business associates, or competitors of the Company.

If any employee believes that unusual circumstances will justify engagement in an activity which is in conflict with this policy, the individual may request an exception to the Human Resources Department. Such a request should explain the circumstances and activity for which an exception is sought. The Human Resources Department will seek approval from senior management.

Conflicts of interest include, but are not limited to, compensation from, directorship with or investments in or with the Company customers or their related interests, or the use of privileged information. An employee contemplating a transaction that does or may involve a conflict of interest must obtain the prior approval of management.

### Policy Elements
The following activities are prohibited under Conflicts of Interest:

- There will be no direct or indirect financial interest including joint ventures or Directorship in or with a supplier, customer or prospective customers without disclosure and approval by management.
- Personal investments in a customer's or a supplier's business is prohibited unless the stock is traded on a recognized stock exchange.
- Employees should not receive preferential treatment from customers, suppliers or prospective customers because of their position with the Company.
- Goods or services will not be sold or leased to the Company without prior disclosure and approval by management. In addition, the terms and conditions for such transactions must be no less favorable than those offered to others.
- Employees cannot receive discounts on personal purchases from suppliers or customers because of business relationships with the Company.
- Employees will not give preferential treatment to a customer, supplier or prospective customer because of any favor, gratuity or outside business relationship with such customer, supplier or prospective customer.

All full-time employees of the Company are expected to treat their employment with the Company as their primary occupational interest. It is, however, permissible for an employee to work evening or weekend hours in another capacity within established guidelines outlined below. A violation of these guidelines may subject your employment to evaluation. Employees are subject to these guidelines:

- Employment will not interfere with work assignments or performance.
- Employment will not involve the possibility of adverse publicity to the Company.
- Employment is not with a competitor, supplier, or customer.
- Employment does not imply sponsorship by the Company.
- Employment does not involve serving as a director, officer, manager or consultant.
- Employment does not involve serving as a director, officer, manager or consultant with a competitor or supplier.

The Company encourages contributions to worthy charitable, social, and educational causes. However, due to the requirements of the working environment, employee contributions to political or charitable organizations may not be solicited on Company premises or during working hours without prior management approval. In addition,

25

## SECTION III – STANDARDS OF PERSONAL CONDUCT

corporate contribution of money, time or facilities to government officials or political candidates is specifically prohibited.

Employees shall not accept gifts of more than nominal value, excessive entertainment or other questionable favors from Company customers, prospective customers, or suppliers.  Employees shall not accept any fee or other form of remuneration that violates the law.  Moreover, they shall not accept any fee or other remuneration from Company customers, prospective customers, or suppliers without the prior approval of management.  Any gifts or entertainment received by an employee shall be disclosed to their supervisor.   The following guidelines regarding gifts and fees have been established:

- Benefits of a nominal value, which are clearly unconnected with any Company transaction may be accepted from customers, suppliers, or prospective customers.
- Employees may receive the normal amenities which facilitate the discussion of Company business, such as a business luncheon, from a customer, supplier, or prospective customer, provided that the expense would be paid for by the Company as a reasonable business expense if not paid for by another party.
- An employee may accept advertising or promotional material of reasonable value, such as pens, pencils, note pads, key chains, calendars, and similar items.
- An employee may accept discounts, rebates, merchandise, or services that do not exceed those available to other customers.
- An employee may accept reasonable civic, charitable, educational, or religious organization awards for recognition of service and accomplishment.

### 3.9 - ANTICORRUPTION POLICY

It is the policy of the Company to maintain the highest standards of ethical business conduct in all of its activities and worldwide business operations consistent with applicable rules and regulations that govern the Company. This includes the Company's commitment to ensure that its operations and the conduct of its employees, representatives and other third parties authorized to act on its behalf comply at all times with applicable laws prohibiting bribery and corruption, including the U.S. Foreign Corrupt Practices Act, the UK Bribery Act and equivalent laws of countries in which the Company operates, including relevant national laws which give effect to or otherwise embody the principles of international anticorruption conventions such as the OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions, the UN Convention against Corruption ("Anticorruption Laws").

The Company prohibits any person employed by the Company or otherwise acting on its behalf, in any capacity, from providing anything, directly or indirectly, to any person in order to obtain or retain business or secure an improper advantage for the Company, or in connection with performing a function improperly in violation of applicable Anticorruption Laws. The Company also prohibits any person acting on its behalf from offering or receiving any bribe, improper payment or anything else that would be contrary to Anticorruption Laws.

This policy applies world-wide to all Company partners and employees, and all representatives, agents, contractors, consultants and other third parties authorized to perform services for the Company or act on behalf of the Company (collectively "Company personnel"), wherever located.

**Violations:** A violation of this policy is grounds for discipline, up to and including, termination of employment, termination of engagement or contract, or other disciplinary and/or remedial actions as the Company may determine to be appropriate at the Company's sole discretion.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION III – STANDARDS OF PERSONAL CONDUCT

The Company's General Counsel is the responsible official and Senior Compliance Officer of the Company in charge of the Company's Anticorruption Compliance program. Company employees, and other Company personnel should consult with and obtain guidance from the General Counsel with regard to questions or concerns within the scope of this Policy.

**Definition:** Bribery means giving or receiving anything of value to or from anyone in return for the recipient providing improper assistance in breach of the recipient's duty. Also, providing, offering to provide, accepting or offering to accept anything of value with the intent to influence the recipient can be a bribe even if the recipient does not accept, or provide the thing of value or act improperly.

The inducement provided does not have to be cash – an offer or provision of anything of value to the recipient is sufficient to trigger a violation. Bribery may also include inducements given to facilitate a result, obtain expedited treatment, or secure a small favor. Moreover, there is no minimum amount that must be exceeded before a bribe is considered illegal under Anticorruption Laws.

Bribery is a criminal offense that can expose the Company and the individuals involved to severe penalties. The Company does not tolerate bribery. Accordingly, all Company personnel must never:

1. Give (or promise or offer) anything to anyone in connection with performing a function improperly (*i.e.*, inducing someone to breach his/her duties or to misuse his/her office);
2. Accept (or request) anything from anyone in connection with performing a function improperly;
3. Give (or promise or offer) anything to a public official with the intention of influencing them in their official capacity in order to obtain or retain any advantage; or
4. Do anything to induce, facilitate, or permit anyone else undertaking any of the above activities.

For purposes of this policy, "public official" means (a) anyone working in an official capacity for a government entity (including employees of state-owned or controlled corporations) or public international organization; or (b) any official of a political party or candidate for political office.

**Areas of Concern:** Risks of violating this policy or Anticorruption Laws may arise in various situations, including client relationships, engagement of third parties, engagement of service providers or vendors, and provision of gifts, entertainment and other hospitality. Some situations that may arise, include, but are not limited to:

1. Payments
   The Company does not give (or promise or offer) or accept (or request) payments in return for a business favor or advantage. This includes small, unofficial payments made to secure or expedite a routine government action by a public official, i.e., kickbacks or so called "grease payments." Company personnel should always understand what a proposed payment is for and whether the amount requested is reasonable, appropriate and proportionate in light of the goods and services provided.

2. Non-Monetary Benefits
   Company personnel should not extend (or promise to extend) or accept (or request) favors, services or other non-monetary benefits that are intended to improperly influence a business decision. Nonmonetary benefits could include loans, offers of employment (including offers to family members of potential or existing clients), transfers of stocks, bonds or any other property, gifts, forgiveness of debt, and any other transfers of goods, services, tangibles or intangibles that benefit the recipient. While non-monetary benefits may not be improper in all cases, they must be referred to and reviewed by Management for pre-approval.

3. Gifts

27

## SECTION III – STANDARDS OF PERSONAL CONDUCT

This policy does not prohibit the occasional receipt or provision of modest gifts to express gratitude or respect and foster legitimate business relationships. However, gift giving is particularly sensitive when a public official is the recipient or when the recipient exercises influence over a business decision regarding the Company. Accordingly, a gift may not be given or offered, directly or indirectly, if it could reasonably be expected to affect the outcome of a government decision or business transaction, or confer an unfair advantage to the Company. Within the United States, the Company and its personnel are prohibited from making or providing gifts to Member of Congress, their employees and employees of the U.S. Executive Branch except in limited circumstances. No gift regardless of its value may be accepted or provided if it could create the appearance of impropriety. The receipt or provision of gifts must also comply with the Company's established policies.

4.  Entertainment and Other Hospitality
    This policy does not prohibit reasonable and good faith entertainment, promotional, hospitality and other business expenditure given or received to or from third parties which seeks to improve the image of the Company, better present our products and services, or establish/maintain appropriate cordial relations. Entertainment and hospitality must be reasonable in amount, lawful under local law and appropriate under the circumstances so as not to create an appearance of impropriety.

    Entertainment and hospitality must never be offered or provided in return for any improper performance of a function or to influence a public official so as to obtain/retain a business advantage. The provision of entertainment and other hospitality must also comply with the Company's established policy.

5.  Charitable Contributions
    Charitable contributions may never be given/provided/offered or accepted/requested as part of an exchange of favors or to obtain a benefit for the Company, even if the recipient is a bona fide charity. If a public official has promised any benefit, or issued any threat, in connection with a donation request, the donation request must be denied.  Charitable contributions may be made only to institutional accounts of legitimate and recognized organizations as described below.

    The Company recognizes the importance of charitable nonprofit organizations. To support the work of these organizations, The company matches employees' contributions to qualified charities. To be qualified for a matching employer contribution, the organization must be in the United States or one of its territories and be recognized by the Internal Revenue Service as tax-exempt and designated as a public charity under Section 501(c)(3) of the IRS Code.  Eligible organizations include, but are not limited to: colleges and universities, private and public elementary and secondary schools, civic, arts and culture, health and human service agencies, and environmental organizations.
    The following gifts are not eligible:

    •    Gifts made by or through Community Trusts or similar organizations, including Charitable Remainder Trusts, Donor Advised Funds, or Family Foundations
    •    Gifts that provide a direct benefit to the donor or donor's family
    •    Any portion of a gift that is not tax deductible to the donor
    •    Gifts made in lieu of tuition payment or services
    •    Fees for service or tuition payments
    •    Membership fees for which benefits are received Dues to alumni (ae) or similar groups
    •    Gifts or payments for primarily political or religious purposes, unless specified for a community outreach program, such as a soup kitchen or homeless shelter
    •    Subscription fees for publications
    •    Insurance premiums Bequests or life income trust arrangements
    •    Gifts of real estate or personal property

28

## SECTION III – STANDARDS OF PERSONAL CONDUCT

- Cumulative gifts from several individuals reported as one contribution
- Gifts and/or designated monies that support athletics and/or sports teams

The Company will match employee contributions of $100 or more to a maximum of $250 per employee per a two-calendar year cycle. To generate the employer match, the employee must submit the matching gift form, available from the human resources department (HR), with documentation of the contribution. Pledges of contribution are not eligible—the contribution must have actually been made in order to qualify for the employer match. HR may also request the employee to provide additional information on any organization which is not easily identifiable as a qualified organization for the employer match.

The Company reserves the right to interpret, apply, amend or revoke these guidelines at any time without prior notice.  The guidelines and procedures described above are not conditions of employment nor are they intended to create or constitute a contract between the Company and any one or all of its employees.

6. Political Contributions

Political contributions may never be given/provided/offered or accepted/requested as part of an exchange of favors or to obtain a business advantage for the Company. Individuals may never be reimbursed or otherwise compensated for a political contribution. Furthermore, political contributions may never be billed to a client.

Subject to specific laws, the Company and/or its personnel may be prohibited from making political contributions in specific jurisdictions or to specific candidates and/or officeholders. For this reason, prior to using Company resources, including office space, email, copiers, etc., all personnel must obtain prior approval from Management.

7. Engaging Third Parties

The Company relies on contractors, local legal counsel and other third parties in providing its services. Bribery or corruption-related misconduct by such third parties can create risk for the Company and could lead to penalties or reputational harm to the Company. Therefore, Company personnel must undertake due diligence to assess the risk of bribery before engaging a new third party.

In determining whether to engage a third party, the Company considers factors such as the third party's reputation and qualification, the manner and reasonableness of compensation, the level of corruption risk in the jurisdiction where the third party operates, the industry involved, relationships with public officials and the scope of the engagement.

**Education and Training**

Anticorruption compliance training shall be provided to Company personnel in a manner and on a schedule determined by the Company. Company personnel must complete training relating to this policy as required by the Company.

**Recordkeeping**

All payments, provision of gifts, travel, entertainment and other expenses shall be properly recorded in the accounting records of the Company, in accordance with the Company's established accounting policies and procedures, in a manner that accurately and fairly reflects the transaction in specific detail.

Off-the-book accounts and inadequately identified transactions are strictly prohibited. No undisclosed or unrecorded assets may be established.

**Reporting Violations and Non-Retaliation Policy**

Company personnel must report to Management (a) any and all violations and possible violations of this policy;

29

## SECTION III – STANDARDS OF PERSONAL CONDUCT

and anything that may give rise to a future violation; and (b) any situations that may present a risk of bribery.

Company personnel will not suffer adverse consequences for providing information in good faith relating to a violation of law or Company policy. The Company will not tolerate any retaliation against persons asking questions or making good faith reports of possible violations of this policy.  Anyone who retaliates or attempts to retaliate will be subject to discipline up to and including termination.

The Company will review compliance with this policy, assess ongoing risks or changes in practice or regulations, and make changes to this policy as needed.  If you have any questions or concerns regarding or arising in reference to the Company's Anticorruption Policy, either in general or as applied to a particular circumstance, contact Management for guidance.

## 3.10 – ANTI-MONEY LAUNDERING (AML)

It is the policy of the Company to prohibit and actively prevent money laundering and any activity that facilitates money laundering or the funding of terrorist or criminal activities by complying with all applicable requirements under the Bank Secrecy Act (BSA) and its implementing regulations.

Money laundering is generally defined as engaging in acts designed to conceal or disguise the true origins of criminally derived proceeds so that the proceeds appear to have derived from legitimate origins or constitute legitimate assets.

Our AML policies, procedures and internal controls are designed to ensure compliance with all applicable BSA regulations and Financial Industry Regulation Authority (FINRA) rules and will be reviewed and updated on a regular basis to ensure appropriate policies, procedures and internal controls are in place to account for both changes in regulations and changes in our business.

## 3.11 - FRATERNIZATION

Dating and/or physical relationships can internally impact the work environment as well as externally affect working relationships with an Independent Contractor, customer or vendor.  Allowing such relationships to exist can result in lower morale because of the potential of favoritism or the appearance of favoritism that may be perceived by other employees.  Also, such relationships often times escalate to a relationship that can impair prudent decisions that are required by any manager and/or supervisor.  Additionally, these relationships can become a conflict of interest when the relationship involves an Independent Contractor, vendor or customer.
Therefore, the Company prohibits dating and/or physical relationships between employees and managers, regardless of the position held within the Company and between employees and Independent Contractors, vendors, or customers such as building owners and tenants.  This is to ensure that this behavior does not negatively impact the work environment or negatively impact the Independent Contractor, customer or vendor relationship. Engaging in such behavior may result in disciplinary action up to and including termination.

## 3.12 – PROFESSIONAL CONDUCT/VIOLENCE

As a Company team member, employees are expected to accept certain responsibilities, follow acceptable business principles in matters of conduct, and exhibit a high degree of integrity at all times.  This not only involves sincere respect for the rights and feelings of others, but also demands that employees refrain from any behavior that might be harmful to themselves, co-workers, the Company, or that might be viewed unfavorably by customers or by the public at large.  Threats, threatening language or any other acts of aggression or violence made toward or by any Company employee WILL NOT BE TOLERATED. For purposes of this policy, a threat includes any verbal

30

## SECTION III – STANDARDS OF PERSONAL CONDUCT

or physical harassment or abuse, any attempt at intimidating or instilling fear in others, menacing gestures, flashing of weapons, stalking or any other hostile, aggressive, injurious or destructive action undertaken for the purpose of domination or intimidation. To the extent permitted by law, employees and visitors are prohibited from carrying weapons onto Company premises.  Employee conduct reflects on the Company, hence you are encouraged to observe the highest standards of professionalism at all times.

Violence of any type will not be tolerated.  The Company will take appropriate action, up to and including termination of the employment or other business relationship, against anyone who engages in threatening behavior or acts of violence. In addition, the Company may also notify law enforcement authorities and assist in the prosecution of violators of this policy to the maximum extent of the law.

Employees have a "duty to warn" their managers and/or co-workers of any suspicious or unsafe workplace activity. Employee reports will be maintained in confidence to the extent practical, in light of the possible need to investigate or take remedial action.  Retaliation against any employee who makes a good faith report under this policy is strictly prohibited.

### 3.13 - MOTOR VEHICLE POLICY

Dependent upon the duties of your position, the Company may check driving records of applicants or employees at any time in accordance with the Fair Credit Reporting Act.  If an employee is found to have a driving record that presents a liability to the Company by virtue of DWI or DUI or an excess of moving violations, that individual will be notified immediately as to the course of action to be taken by management.  Such action could entail disciplinary action up to and including immediate termination.

Employees must report any accident or theft, regardless of the extent of damage or the lack of injuries, involving Company vehicles, a personal vehicle or rental used to perform Company business.  You must contact your supervisor and HSE representative as soon as possible You are expected to cooperate fully with the proper authorities in the event of an accident, but refrain from making any voluntary statement other than to answer questions of the authorities.

The Company will not reimburse for costs incurred as the result of theft if personal property is stolen from a vehicle. If you regularly use your personal or a rented vehicle while on Company business, examine your automobile and homeowner's insurance policies to ensure that you have coverage and deductibles that are satisfactory to you.

**Refer to Company's Motor Vehicle Policy for additional procedures.**

31

## SECTION IV – EMPLOYEE BENEFITS

### 4.1- COMPANY HOLIDAYS

Each year, the Company recognizes certain national holidays.  A list of the scheduled holidays for the current year is provided for your review on the Corporate Portal under Employee Services/Vacation and Time Off.  The Company's offices are officially closed for business on these days.

**Refer to the annual Holiday schedule for current year scheduled Holidays**

### 4.2 - SICK LEAVE

The Company relies on its employees to be prompt and regular in attendance.  In case of illness or other emergency where the employee expects to be late or absent, he or she has a responsibility to notify his or her immediate supervisor as soon as possible the nature of the illness and the expected date of return to work.  All full-time employees will be granted sick leave as shown below.

- All employees will accrue .67 days per month up to a maximum of eight (8) days per year, so long as the employee works at least fifteen (15) calendar days in a month.

- Should you begin employment on or before the 15th of the month, you will accrue .67 days for that month. Should employment begin after the fifteenth day of the month, the accrual will begin the next full month of employment.

Absences in excess of this time period may be approved on a case by case basis, but the Company reserves the rights to reassess its manpower needs in situations of a long-term illness in accordance with all applicable federal and state laws.  You are required to use available sick leave when absent due to health reasons.  Other types of paid leave (i.e. FMLA, long-term disability and/or vacation) will be used only when sick leave has been exhausted. Dependent upon circumstances, you may also be granted paid time off under the Personal Leave of Absence Policy.

Moreover, if an employee fails to report to work for three consecutive days without contacting his or her immediate supervisor, the Company may presume that the employee has resigned and may remove the employee from the payroll.

At any time you may be asked to substantiate sick leave with a physician's certificate upon your return.  The Company will not pay for excessive absences not substantiated by a physician's certificate.  If such absences persist, you may be subject to corrective counseling action up to and including termination.  Upon termination, all accrued sick leave will be forfeited.  Under no circumstances will an employee receive pay for unused sick leave days.

Absences for sickness or medical appointments of two (2) hours or less will not be reported against sick leave. Absences that exceed two (2) hours but less than four (4) hours will count as one-half day of sick leave.  Absences of more than four (4) hours will count as a full day of sick leave.  Holidays occurring during an absence due to health reasons will be treated as holiday time and will not be charged to accrued sick leave time.

Unused sick leave may not be carried over.  Under no circumstances will an employee receive pay for unused sick leave days.  Sick leave used but not yet accrued will be deducted from the final pay.  As a condition of employment, a written authorization form will be completed authorizing this deduction.

**Special Note:  It is the intent of this policy of the Company to dock an exempt employee's pay for full day absences, should he or she be absent once all of his or her available paid sick leave has been utilized.**

Printed copies of this Handbook are uncontrolled and may not represent the latest version

| | SECTION IV – EMPLOYEE BENEFITS |
|---|---|

### 4.3 - VACATION

Most full-time employees are provided with an annual paid vacation and we encourage employees to take time off. Certain full-time employees on rotational work schedules do not receive paid vacation. Vacation is accrued on a monthly basis. New employees will begin accruing vacation upon date of employment. Vacation time is not earned during an unpaid leave of absence or sick leave that exceeds fifteen (15) working days per month. Initial vacation time may vary as agreed to at the time of employment.

An officer or employee's ability to earn vacation is based on the length of continued employment as follows (accrued from the January in which you reach the anniversary year):

| Length of Service | Vacation Days & Accrual Commencement per Calendar Year |
|---|---|
| 0 – 1 year | Accrual begins upon employment for the remaining calendar year at .83 days per month. |
| 1 – 2 years | Accrue 10 days per year or .83 days per month. |
| 3 –7 years | Accrue 15 days per year or 1.25 days per month. |
| 8 – 11 years | Accrue 20 days per year or 1.66 days per month. |
| 12 years or longer | Accrue 25 days per year or 2.08 days per month. |

Vacation may be taken separately or in full weeks with prior approval. You must submit your request for vacation to your supervisor two weeks in advance for approval. This advance notice is necessary so that supervisors can ensure the department is adequately staffed.

You may not receive vacation pay in lieu of time off, and vacation may not be carried over from year to year. Earned, but unused vacation will be paid to you in the case of voluntary termination provided you have completed one full year of employment and give a two-week notice. Employees who are involuntarily terminated will forfeit any earned but unused vacation unless termination was due to a reduction in staff or layoff. At time of termination, vacation used but not yet accrued will be deducted from the final pay. As a condition of employment, a written authorization form will be completed authorizing this deduction.

Other than sick leave, vacation time, authorized leave of absence approved by management or required by law, or time off from work authorized in this handbook, the Company does not approve or allow other types of leave i.e., personal days.

**Special Note: It is the intent of this policy of the Company to dock an exempt employee's pay for full day absence should he or she be absent once all of his/her available paid vacation time has been utilized.**

### 4.4 - JURY DUTY AND WITNESS LEAVE

All employees are encouraged to fulfill their civic duty by participating in the juror selection system. When you receive a jury duty summons, please advise your supervisor immediately so arrangements can be made for your absence. While on jury duty you will receive your usual base hourly rate for 8 hours for each scheduled work day during the period of service. You may keep any jury compensation. All employees are allowed time off if summoned to appear in court as a witness.

Once you are dismissed from Jury Duty or to serve as a witness, you will need to provide your supervisor the dismissal form.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION IV – EMPLOYEE BENEFITS

### 4.5 - BEREAVEMENT LEAVE

If a death occurs in the immediate family of a full-time or part-time employee, the employee may be compensated up to five 8-hour days for time lost from the regular work schedule.  An "immediate family member" is defined as the employee's spouse, children, parents, step-parents, brothers, step-brothers, sisters, step-sisters, grandparents or grandchildren.  This also applies to the employee's spouse.  For family members other than those defined as "Immediate Family Members," an employee will be allowed to take a maximum of two (2) days of paid leave.  For all other bereavement needs, an employee may take up to two (2) days unpaid leave or request vacation.  Request for bereavement leave should be made to your immediate supervisor.

### 4.6 – PARENTAL LEAVE

The purpose of this policy is to outline the Paid Parental Leave Policy of Beusa Energy, LLC, and its affiliates (the "Company").

**Objective**

The Company will provide up to 2 weeks of paid parental leave to employees following the birth of an employee's child or the placement of a child with an employee in connection with adoption or foster care. The purpose of paid parental leave is to enable the employee to care for and bond with a newborn or a newly adopted or newly placed child. This policy will run concurrently with Family and Medical Leave Act (FMLA) leave, as applicable. This policy will be in effect for births, adoptions or placements of foster children occurring on or after April 1, 2021.

**Eligibility**

Eligible employees must meet the following criteria:

- Have been employed with the company for at least 12 months (the 12 months do not need to be consecutive).
- Have worked at least 1,250 hours during the 12 consecutive months immediately preceding the date the leave would begin.
- Be a full- or part-time, regular employee (temporary employees and interns are not eligible for this benefit).
- Employees employed less than 12 months will be eligible for 3 days of paid time off for parental leave.
- In addition, employees must meet one of the following criteria:
  - Have given birth to a child.
  - Be a spouse or committed partner of the woman who has given birth to a child.
  - Have adopted a child or been placed with a foster child (in either case, the child must be age 17 or younger). The adoption of a new spouse's child is excluded from this policy.

**Amount, Time Frame and Duration of Paid Parental Leave**

Eligible employees may receive up to a maximum of 2 weeks of paid parental leave per birth, adoption, or placement of a child/children. Employees may still be eligible to take addition unpaid time off in accordance with the Family and Medical Leave Act.

The fact that a multiple birth, adoption, or placement occurs (e.g., the birth of twins or adoption of siblings) does not increase the total amount of paid parental leave granted for that event. In addition, in no case will an employee

34

## SECTION IV – EMPLOYEE BENEFITS

receive more than 2 weeks of paid parental leave in a rolling 12-month period, regardless of whether more than one birth, adoption or foster care placement event occurs within that 12-month time frame.

- Each week of paid parental leave is compensated at 100 percent of the employee's regular, straight-time (40 hours) weekly pay. Paid parental leave will be paid on a semi-monthly basis on regularly scheduled pay dates.
- Approved paid parental leave may be taken at any time during the 12-month period immediately following the birth, adoption, or placement of a child with the employee. Paid parental leave may not be used or extended beyond this 12-month time frame.
- Employees must use all paid parental leave during the 12-month time frame indicated above. Any unused paid parental leave will be forfeited at the end of the 12-month time frame.
- Upon termination of the individual's employment at the company, he or she will not be paid for any unused paid parental leave for which he or she was eligible.

**Coordination with Other Policies**

- Paid parental leave taken under this policy will run concurrently with leave under the FMLA; thus, any leave taken under this policy that falls under the definition of circumstances qualifying for leave due to the birth or placement of a child due to adoption or foster care, the leave will be counted toward the 12 weeks of available FMLA leave per a 12-month period. All other requirements and provisions under the FMLA will apply. In no case will the total amount of leave—whether paid or unpaid—granted to the employee under the FMLA exceed 12 weeks during the 12-month FMLA period. Please refer to the Family and Medical Leave Policy for further guidance on the FMLA.
- After the paid parental leave is exhausted, the balance of FMLA leave (if applicable) will be compensated through employees accrued sick, vacation and personal time. Upon exhaustion of accrued sick, vacation and personal time, any remaining leave will be unpaid leave. Please refer to the Family and Medical Leave Policy for further guidance on the FMLA.
- The company will maintain all benefits for employees during the paid parental leave period just as if they were taking any other company paid leave such as paid vacation leave or paid sick leave.
- If a company holiday occurs while the employee is on paid parental leave, such day will be charged to holiday pay; however, such holiday pay will not extend the total paid parental leave entitlement.
- An employee who takes paid parental leave that does not qualify for FMLA leave will be afforded the same level of job protection for the period of time that the employee is on paid parental leave as if the employee was on FMLA-qualifying leave.

**Requests for Paid Parental Leave**

The employee will provide his or her supervisor and the human resource department with notice of the request for leave at least 30 days prior to the proposed date of the leave (or if the leave was not foreseeable, as soon as possible). The employee must complete the necessary forms and provide all documentation as required by the Human Resources department to substantiate the request.

The Company reserves the right to change, alter or cancel this program at its discretion.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION IV – EMPLOYEE BENEFITS

**4.7 – WEDDING**

The Company gives every employee three (3) paid 8-hour days off to celebrate a marriage. You may use these days if you enter a legal contract of marriage.

**4.8 –BIRTHDAY**

Should an employee's birthday fall on a workday, the Company will give that employee a paid day off for use on the birthday. The birthday day off is to be taken on the day of the birthday, unless necessary for operational needs to move to another day. If the benefit is not used, the benefit is forfeited. This benefit is not available to employees on rotational schedules.

**4.9 - VOTING**

It is the policy of the Company to permit employees to be absent from work to vote in local, state or national elections. Employees who cannot reach their polling place outside of work hours will be permitted paid time off to vote. The time off to vote may not exceed two hours. Evidence of voter registration and voting may be required.

**4.10 - EMPLOYEE INSURANCE BENEFITS**

The Company provides insurance benefits to full-time employees in the areas of life insurance, health, dental, vision, long-term disability, etc. For specific details on insurance coverage, refer to the booklets provided by the insurance carrier or ask the Human Resources Representative.

**4.11 – LONG TERM DISABILITY**

Full-time employees may be eligible to participate in the Company's Long Term Disability (LTD) Plan, subject to the eligibility requirements and other terms, conditions, restrictions and exclusions set forth in the insurance contract(s) and plan document(s). Please refer to the Summary Plan Description to learn more about this benefit. You should notify your supervisor and Human Resources Representative of your need for LTD. Dependent upon the circumstances, benefits may be subject to COBRA continuation.

**4.12 - COBRA**

Under the Consolidated Omnibus Budget Reconciliation Act (COBRA), you and your dependents may have continued core medical benefits plan coverage beyond the date it would otherwise end due to qualifying events. You will be provided notice of your COBRA rights when your employment begins and whenever else required by law.

**4.13 - WORKERS' COMPENSATION**

To provide for payment of employee medical expenses and for partial salary continuation in the event of work-related accident or illness, the Company provides workers' compensation. Please report all work-related accidents to your supervisor and HSE Representative immediately, regardless of how minor.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION IV – EMPLOYEE BENEFITS

**4.14 - EDUCATIONAL ASSISTANCE**

As a full-time employee, you may seek educational assistance for courses of study which the Company determines are directly related to your present job or which will enhance your potential for advancement within the Company which you may have reasonable expectations of achieving.

In order to obtain education assistance, you must have worked with the Company for at least one year, performing at an effective level (2.0 on performance evaluation scale), have prior approval and must receive a grade of 'C' or better in order to receive any reimbursement.  The amount of reimbursement is dependent upon the grade you receive up to a maximum of $2,000 per year.

| | |
|---|---|
| Grade "A" | 100% of reimbursable costs. |
| Grade "B" | 90% of reimbursable costs. |
| Grade "C" | 75% of reimbursable costs; |
| Pass a "pass-fail" course | 100% of reimbursable costs. |

Upon completion of the course, you must submit to the Human Resources Representative a certified transcript of grades received and receipts for expenses incurred.  You will then be reimbursed in accordance with the above schedule.  However, employees who take courses at the specific request or direction of management may be reimbursed for all costs as incurred, provided employee maintains effective performance rating on their periodic performance evaluations.

An employee who is terminated during enrollment because of a reduction in force or elimination of the job will be reimbursed for the full amount of the costs upon successful completion of the course and verification of final grade. An employee who is terminated or voluntarily resigns during enrollment for reasons other than previously stated will not be reimbursed for any expenses associated with the course.

You will be responsible for repayment of all training course costs if you leave the Company voluntarily within one (1) year of completion of any course or graduation from a degree program, unless the course was taken at the request of management.

Class attendance and completion of study assignments are to be accomplished outside of the employee's regular working hours.  It is expected that educational activities will not interfere with the employee's work, and unsatisfactory job performance during enrollment may result in forfeiture of education assistance and termination of employment.

Records will be maintained by the Human Resources Representative of all educational programs completed by each employee.

Employees may be asked periodically to attend seminars, in-house orientation, and training classes to enhance their understanding of Company operations.  Expenses for these classes will be paid by the Company.

Time spent attending seminars, in-house orientation, and training classes will be considered as time worked and should be included on the employee's electronic timecard.

37

## SECTION IV – EMPLOYEE BENEFITS

**4.15 – RETIREMENT PLAN**

Eligible employees are able to participate in the Company's retirement plan. Plan participants may make pre-tax and/or ROTH contributions to a retirement account.

Upon becoming eligible to participate in this plan, employees will receive a Summary Plan Description describing the plan in greater detail. Please refer to the SPD for detailed plan information. Of course, feel free to speak to Human Resources if there are any further questions.

38

## SECTION V - EMPLOYEE STATUS CHANGES

### 5.1 - PART-TIME/FULL-TIME STATUS CHANGES

Should your status change from part-time to full-time, your benefits are affected in the following ways:

- You must satisfy the eligibility requirements for each employee benefit as specified in this Handbook or the insurance booklets.

- You will be subject to vacation, sick leave and personal leave as stated in the policies less any time already used prior to the status change.

Should your status change from full-time to part-time, your benefits are affected in the following ways:

- All full-time employee benefits will stop on the first of the month following the employee's status change to part-time. At that time, the employee's eligibility to participate in most benefit plans will cease except for participating in the 401(k) and any other benefits that may be afforded part-time employees.

- You may use vacation previously accrued as a full-time employee as stated in the policy.

### 5.2 - CORRECTIVE COUNSELING ACTION

You are expected to adhere to established policies and procedures and conduct yourself in a professional manner at all times. The Company has established standards of performance and employee behavior necessary for effective business operations. When an employee fails to follow policies and procedures or conducts oneself in an unprofessional manner, supervisors must evaluate the situation and act in accordance with the guidelines established within this policy.

Management may choose to begin a counseling action at any stage up to and including immediate termination based on the facts and circumstances involved in each individual situation. The following counseling action procedures can be implemented and documented in the Company HRIS:

Verbal Reprimand: The employee may be issued a verbal warning by the supervisor or other member of management for minor infractions based on unacceptable performance or conduct.

Written Reprimand: For repeated minor infractions or the infractions of a more serious nature, the employee may be issued a written warning. The written warning will require the employee's signature acknowledging that the counseling session took place.

Probation: Based on the severity of a situation, it may be appropriate to discipline an employee by placing the individual on probation for a specific period of time. The terms and conditions of the probation shall be included in a written reprimand. It should be made clear to the employee that any further infractions will likely result in termination. This type of action should be reserved for very serious situations.

Suspension: This action may take place at the sole discretion of the Company based on the seriousness of the employee's conduct or performance. A record of the suspension will be maintained in the employee's file. If an event compels a supervisor to take immediate action when termination appears possible, the supervisor will take action immediately to suspend the employee for a specified period, pending a careful evaluation.

Termination: For infractions which management deems to be sufficiently serious, or continued failure to respond appropriately to prior counseling action, termination is appropriate.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION V - EMPLOYEE STATUS CHANGES

### 5.3 - FAMILY MEDICAL LEAVE OF ABSENCE

The Family Medical Leave Policy provides a leave for childbirth, foster care/placement of a child for adoption, or a serious health condition of the employee or an immediate family member.   Leave is also provided for military reasons such as a qualifying exigency or to provide care to an immediate family member when injured or fallen ill while serving in active duty.

Employers with 50 or more employees in a 75-mile distance must provide all exempt and non-exempt employees with family/medical leave if the individual has completed at least twelve (12) months of employment, and has worked at least 1,250 hours in the previous twelve (12) months.

#### DEFINITIONS

"Child" includes biological children, adopted children, foster children, stepchildren, legal wards, and other persons for whom the employee acts in the capacity of a parent and who are under eighteen (18) years of age or over 18 years of age but incapable of caring for themselves.  Employees requesting FMLA in instances of acting as a parent must provide validated proof of a guardianship responsibility.

"Continuing treatment" is considered to be two or more treatments by a health care provider; or two or more treatments by a provider of health care services (e.g., physical therapist) on referral by or under orders of a health care provider.  At least one treatment is by a health care provider which may result in a regimen on continuing treatment under the supervision of the health care provider (e.g., a program of medication or therapy); or under the supervision of, although not actively treated by, a health care provider for a serious long-term or chronic condition or disability which cannot be cured (e.g., cancer, diabetes, or severe stroke).

"Health care provider" includes licensed MD's and OD's, podiatrists, dentists, clinical psychologists, optometrists, chiropractors authorized to practice in the State of Texas, nurse practitioners and nurse-midwives authorized under Texas law, and Christian Science practitioners.

"Parent" includes biological parents and individuals who are legally considered to be a guardian or in loco parentis to the employee <u>or</u> the person with a serious illness.

"Spouse" is a husband or wife as recognized by applicable State Laws.

"Serious health condition" is any illness, injury, impairment, or physical or mental condition that involves any incapacity or treatment in connection with inpatient care; an incapacity requiring absence from the workplace of more than three calendar days and continuing treatment by a health care provider; or continuing treatment by a health care provider of a chronic or long term condition that is incurable or will likely result in incapacity of more than three days if not treated.

"Qualifying Exigency" allows leave to be taken when an employee's spouse, child or parent is a service member (regular armed services or reserves or National Guard) and is on active duty or called to active duty.

"Service Member Caregiver" allows for leave of an employee to take care of a spouse, child, parent or next of kin who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness while on active duty. A service member includes regular armed services or reserves or the National Guard.

#### POLICY

The Company will provide **family/medical leave** in accordance with the requirements of the Family & Medical Leave Act of 1993 and subsequent amendments made for military reasons.  No loss in the length of service with the Company will occur as a result of the leave of absence.

40

## SECTION V - EMPLOYEE STATUS CHANGES

**POLICY ELEMENTS**

A.  Leave Period

Contiguous Leave is provided by the Company for a maximum period of twelve weeks in a twelve-month period for most leave.  A "Service Member Caregiver" will be granted a maximum period of 26 weeks of leave in a twelve-month period.   The twelve-month period will be calculated on a **rolling year basis** starting at the employee's first occurrence and counting backwards twelve months.  All FMLA leave will be calculated on a rolling year basis.  The 26 workweeks leave is available only during one, single 12-month period. Eligible employees are entitled to a combined total of 26 workweeks of leave in the 12-month period for leave to care for a covered military service member or veteran *plus* any other FMLA-qualified leave.

Intermittent Leave allows eligible employees to take leave on an intermittent schedule not to exceed the maximum allowable leave in a twelve-month period, when it is certified as medically necessary.  The Company may temporarily transfer the employee to an alternate position which better accommodates recurring leave, and which has equivalent pay and benefits.  An employee on intermittent leave must follow call-in procedures for reporting the absence, if not already reported, unless there are unusual circumstances.

A reduced Leave Schedule allows eligible employees to take reduced leave not to exceed the maximum allowable leave in a twelve-month period when certified as medically necessary.  Reduced leave would be considered a reduction in daily working hours.  The individual's compensation would be adjusted to reflect the decreased working hours.  Benefits will be sustained as required under FMLA.  The Company may temporarily transfer the employee to an alternate position which better accommodates reduced leave and which has equivalent pay and benefits.

Combination Leave is allowed when the situation requires an employee to be on full leave for a period of time and return on an intermittent or reduced leave schedule.  In such cases, the total amount of all FMLA leave may not exceed the maximum allowable leave in a twelve-month period.

When leave is needed to care for an immediate family member or the employee's own illness, and is for **planned** medical treatment, the employee must try to schedule treatment so as not to unduly disrupt the Company's operations.

B.  Reasons For Leave

The following are the reasons for leave that can be taken for family and medical leave, as well as for military reasons.

*   The birth of a child and to bond with the newborn within one year of birth.
*   Placement of a child for adoption or foster care or adoption of a child by the employee.
*   To care for a spouse, child, or parent due to a serious health condition.
*   A serious health condition of the employee which makes the employee unable to perform his/her job duties.
*   Tend to personal affairs due to immediate family member called to active duty or is on active duty.
*   Provide care for a spouse, child, parent or next of kin injured or suffering from an illness related to serving on active duty in the past five years.
    Family/medical leave for the birth of a child or placement for adoption or foster care must conclude within twelve (12) months of the event.

41

## SECTION V - EMPLOYEE STATUS CHANGES

C.   Coordination of Paid and Unpaid Leave

The FMLA designates leave as unpaid; however, the Company will continue compensation during this period as indicated below.  If available, the employee may have a portion of the leave paid through the use of unused vacation or sick leave or Workers' Compensation benefits as shown below.  The substitution of paid leave time for unpaid leave time does not extend the twelve-weeks leave period.  Furthermore, a*n employee may not receive both Workers' Compensation and employer paid time off while on FMLA.*

- Sick Leave - The employee will be <u>required</u> to use all available sick leave during a medical leave of absence for the employee's own illness.
- Vacation - During family/medical leave granted for any reason, the employee will be <u>required</u> to use one-half (.5) of all available vacation time.
- After all sick leave and vacation has been used, the Company will continue to pay the employee for up to 30 days while on FMLA provided the leave is for his or her own serious illness or injury or for that of the spouse or child.  Please note, under certain circumstances Pregnancy-Related leave may continue to be paid due to complications.

D.   Pregnancy-Related Leave

Eligible employees who experience pregnancy, childbirth, or related medical conditions (meaning a physical or mental condition intrinsic to pregnancy or childbirth) may receive up to a maximum of 10 weeks of paid medical leave. Pregnancy-related leave shall run concurrently with the employee's FMLA leave.

The fact that a multiple birth occurs (e.g., the birth of twins) does not increase the total amount of paid parental leave granted for that event. In addition, in no case will an employee receive more than 10 weeks of paid pregnancy-related leave in a rolling 12-month period, regardless of whether more than one birth, adoption or foster care placement event occurs within that 12-month time frame.

The company also provides reasonable accommodations, to the extent required by law, for conditions related to pregnancy, childbirth or related medical conditions. In addition, a transfer to a less strenuous or hazardous position or duties may be available pursuant to an employee's request, if such a transfer is medically advisable. Employees requesting a leave or reasonable accommodation should promptly notify Human Resources.

E.   Benefits Continuation

During a leave of absence for medical or family reasons, **the employee will be responsible for paying the usual employee contribution toward health insurance coverage.  Dental coverage may be retained at the employee's option** with the employee paying their normal contribution toward coverage. The Company will continue to pay the Company's portion of any group insurance benefits in force at time of leave, such as the health and dental insurance, group Life insurance, Accidental Death & Dismemberment insurance, Long Term Disability.   No vacation or sick leave days will accrue during a leave of absence.

At the commencement of an approved leave, the employee will be notified by required certification as to his/her responsibility of employee benefits coverage for continuation while on leave.

In most cases, if the employee does not return to work after the leave of absence, the individual will be responsible for reimbursing the Company for the **Company's cost** of insurance coverage during any period of unpaid leave. If the employee can provide medical certification of their medical inability to return to work, this requirement is not applicable.

42

## SECTION V - EMPLOYEE STATUS CHANGES

F.  Procedures for Requesting Leave

The employee should submit a request for leave of absence or an extension thereof in writing to their supervisor thirty (30) days prior to the requested commencement date, except when medical conditions or circumstances make such a request impossible. Where the need for leave is not foreseeable, employees are expected to notify the Company within one (1) to two (2) business days of learning of the need for leave, except in extraordinary circumstances.  Failure to provide notice may be grounds for delay of leave.

If the Human Resources Representative has any questions or concerns regarding the leave request, members of management will be consulted.  The possibility of a second medical opinion may be discussed at this point. The employee will be advised by the Human Resources Representative of the approval of the leave, any other requirements or certification needed, and/or the reason for declination.

G.  Certification

The Company's management will request certification by the health care provider and/or attending physician substantiating the need for leave.  The Company may deny the employee leave or conditionally grant it until the requested certification is received.

The employee has fifteen (15) days after asking for FMLA leave to provide the requested certification.  If the certification is insufficient, the employee has an additional seven days to correct the issue.  Failure to provide certification may jeopardize the employee's right to benefits under FMLA.  Recertification may be requested on a leave extended beyond the original request.  Additionally, the employee may be required to check in with the Human Resources Representative at least twice a month while on leave regarding the employee's status and intent to return to work.

**Note:**  **The supervisor should be aware of a possible FMLA situation when an employee calls in sick for three (3) or more days**

In the event of a dispute regarding the need for leave, a second and third opinion may be obtained at the expense of the Company from a health care provider selected by the Company.

H.  Designation of Leave

The Company reserves the right to designate paid leave as FMLA on the basis of information provided to the Company by the employee.  The Company will notify the employee of the designation upon the approval of the leave or during the leave as the situation permits.

It is very important that an employee taking leave under this policy be given notice that such leave is being counted against their FMLA leave entitlement. Such notice and designation should occur within five business days of learning of the FMLA leave.

I.  Reinstatement

If an employee takes leave because of his/her own serious health condition, the employee is required to provide medical certification of their ability to resume work and complete a return-to-work physical, if necessary for their position.

An employee returning from an FMLA leave is entitled to his/her same job or an equivalent. An equivalent position is defined as a position in the same job location, with the same shift or equivalent work schedule,

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION V - EMPLOYEE STATUS CHANGES

requiring substantially equivalent skill, effort, responsibility and authority and having the same pay and benefits.

Individuals in the highest paid 10% of the Company ("key" employees) may be excluded from restoration to their former position under the Family and Medical Leave Act of 1993 if restoration of employment will cause substantial economic injury to the Company. Notice of key employee status and the possibility the individual may not be restored to an equivalent position will be rendered by the Human Resources Representative upon commencing FMLA leave.

### RETALIATION
The Company prohibits retaliation against employees for requesting or taking FMLA leave. If an employee believes he or she has been subjected to retaliation, the employee should report it under the grievance procedure below.

### GRIEVANCES
Any complaints, problems or grievances arising from the FMLA policy should first be addressed to the Human Resources Representative for investigation and resolution. If the issue is not resolved to the employee's satisfaction, an appeal may be made to management for determination.

As a new employee, you will be required to sign an acknowledgement of this Policy in Section VII.

## 5.4 - PERSONAL LEAVE OF ABSENCE

A paid leave of absence from work may be granted to you for specific reasons when time off is needed due to compelling personal problems. An example of such events would include, but are not limited to, the death of a spouse or child, divorce, being stalked, an abusive relationship, etc. If an employee is out due to his or her own serious illness in the first year of employment prior to being eligible for FMLA, paid leave may be granted; however, medical certification will be required. Paid leave must have the approval of management. Paid leave will be calculated based on amount of service with the Company. For every year of employment, an employee may request 5 days of paid Leave, to a maximum of 30 days. An unpaid leave of absence may be granted if an employee continues to be out for his or her own personal illness after FMLA is exhausted. Paid leave will only be for up to 30 days.

The duration of a personal leave of absence will depend upon the individual case. You must request the leave in writing at least 30 days in advance of taking the leave for prior approval, unless circumstances prevent this. Insurance benefits will continue while you are being paid. Please see your supervisor and the Human Resources Representative for more details on applying for a leave of absence.

## 5.5 - MILITARY LEAVE OF ABSENCE

An unpaid leave of absence from work may be granted to you for Military purposes as shown below.

*Military Service/Reserve Training* – Applies to any employee who must be absent due to military reserve training or active military duty which requires an absence of two (2) weeks or more. This policy also applies to an employee who volunteers or is called to active military duty. Employees who are granted a military leave of absence will maintain a record of continuous employment with the Company, and will be assured of employment upon release from service as required by USERRA (Uniform Service Employment Reinstatement Rights Act).

The Company may, in its discretion, pay an employee called to active duty the difference between the salary the employee earned while working for the Company and the salary the employee earns while serving in the military

44

## SECTION V - EMPLOYEE STATUS CHANGES

for all or part of the leave period.

For more details on military leave, please confer with the Human Resources Representative.

### 5.6 - SEPARATION FROM EMPLOYMENT

Resignation

Should you decide to voluntarily resign your position with us, you are requested to provide the Company with a two-week written notice of your intent. Management may waive the two-week requirement if extenuating circumstances exist.   Your final paycheck will be issued on the next payday.

Management may conduct an exit interview to discuss your reasons for leaving and any other impressions that you may have about the Company.

Involuntary Termination

No advance notice of the intent to terminate an employee is necessary.  A final paycheck will be issued no later than six (6) days from the date of termination or an earlier date if required by applicable state or local law.

At the end of your employment, all Company property issued to you must be returned to the Company. This includes all electronic and computer equipment, security badge, any phone or credit cards, and all Company-related documents, materials or information. You must return, retaining no copies, any and all correspondence, documents, drawings, specifications, computer printouts and other writings which relate to or reflect the Company business, operations, supplier information, and so on, regardless of where these things were kept or how they were prepared. Should any Company property assigned to you be lost, damaged or stolen, you may be responsible for the replacement value of the property. The value of any property issued to you and not returned may be deducted from your paycheck and/or from any amounts due to you.  As a condition of employment, a written authorization form will be completed authorizing this deduction.

Employees who separate from employment and fail to return the Company property or who separate with outstanding debts including for equipment loss or unauthorized charges and who do not provide repayment or replacement will be considered to have left the Company's employment on unsatisfactory terms, as well as subject to legal action for recovery of the loss.

At time of termination, any sick leave or vacation used but not yet accrued will be deducted from the final pay.  As a condition of employment, a written authorization form will be completed authorizing this deduction.   After your employment, you will continue to be bound by the terms of the Confidentiality Agreement you signed at the beginning of your employment, and you may not share or divulge any Company trade secrets or confidential or proprietary information on an unauthorized basis at any time during or after your employment relationship with the Company.

**Refer to Non-Compete and Confidentiality Agreement and Invention Assignment Agreement.**

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION VI – OPERATIONS POLICIES

### 6.1 – SAFETY

**Safety Guidelines**

The Company is committed to the safety and health of its employees and its property and equipment.  To ensure this, each Company will deploy and enforce an HSE Manual that supports regulatory requirements as well as operations, equipment, personnel and the environment.  Failure to comply with the requirements of the HSE Manual may result in disciplinary action up to and including termination of employment.

**Life Saving Rules**, At a minimum, all employees are expected to comply with the following Life Saving Rules:

- Use Stop Work Authority any time unsafe behaviors or conditions exist
- Report all incidents regardless of severity, immediately to your immediate supervisor and HSE
- Wear all personal protective equipment when required
- Lockout tagout procedures must be followed when required
- Fall protection procedures must be followed when required
- Hot work procedures must be followed when required
- Do not walk or work under suspended loads
- Do not work while under the influence or intoxicated
- Always comply with the hands-free cell phone policy
- All vehicle occupants must wear seatbelts
- Do not violate any designated red zones
- Do not violate any designated non-smoking or ignition sensitive work areas

**Policy CM-HSE-001 should be referred to for further detail regarding safety and incident reporting guidelines.**

### 6.2 - COMMUNICATION SYSTEMS, IMAGE RECORDING DEVICES, COMPUTER USE, SOFTWARE AND E-MAIL POLICY

It is the intent of the Company to provide the communication systems necessary for the conduct of its business.  Employees are expected to adhere to proper use of all communication systems.  These include but are not limited to the Telephone, Mobile Phone, Electronic Mail, Facsimile, Internet, Corporate Intranet, Voice Mail, Computers, Modems and Systems Software.  Excessive or inappropriate personal use of Company equipment may result in disciplinary action, up to and including employment termination.   The Company is not liable for any injuries or losses that occur during or as a result of the use of Company equipment for personal reasons. Users have no legitimate expectation of privacy in regard to their use of the Company systems, and all use is subject to monitoring, to the maximum extent permitted by applicable law.

**PURPOSE**

Necessary measures are implemented to protect the Company computer systems from the introduction of "viruses" from outside sources including material downloaded off the Internet, computer networks, or e-mail.  Guidelines are provided with regard to access and disclosure of electronic mail messages created, sent or received by Company employees using the Company's electronic mail system.   This policy applies to all employees regardless of status including managers and officers.

**POLICY**

**Communication Systems**.  It is the policy of the Company to provide or contract for the communication services and equipment necessary to conduct Company business.  Personal use of the Company's communication services

46

## SECTION VI – OPERATIONS POLICIES

and equipment by the employees is limited; as such usage can impede the normal flow of business, incur unnecessary Company expense, and reduce productivity.

Employees should not bring personal computers to the workplace or connect them to Company electronic systems unless expressly permitted to do so by the Company.  Any employee bringing a personal computing device or personal imaging device onto Company premises thereby gives permission to the Company to inspect the device at any time with personnel of the Company's choosing and to analyze any files, other data or data storage media that may be within, connectable to, or accessible by the device in question.  Employees who do not wish such inspections to be done on their personal computers or imaging devices should not bring such items on Company premises.

**Internet**.  All employees have the responsibility to use the Company's Internet resources in a professional, ethical and lawful manner.  Employees are given access to the Internet to assist them in the performance of their jobs.

The Internet contains information from many diverse points of view.  Employees may encounter material that is inappropriate, offensive, and, in some instances, illegal.  The Company cannot control the availability of this information or restrict access to it.  Employees are notified that they are responsible for the material they review and download on the Internet.  Employees should follow the guidelines listed below when using the Internet.

Prohibited activities or use include, but are not limited to, sending, receiving, displaying, printing, or otherwise disseminating material that is fraudulent, harassing, illegal, embarrassing, sexually explicit, obscene, intimidating, or defamatory. Employees encountering such material should report it to their supervisor immediately.  Employees may not use the Company's Internet resources for commercial or personal advertisements, solicitations, promotions, destructive programs (i.e., viruses and/or self-replicating codes), political material, or any other unauthorized use.

While communicating Information, employees should exercise the same care in drafting e-mail, communicating in chat groups and posting items to news groups as they would for any other written communication.  Anything created on the computer or Internet may, and likely will, be reviewed by others.

Users should choose and evaluate Internet sources just as they do print materials, questioning the accuracy and completeness of information.  Users must use the Internet at their own risk, realizing that beyond the Company's home page and supporting documents, they may encounter material they find offensive.

All forms of social media for non-work purposes (Facebook, Twitter, blogging, etc.) are strictly prohibited at work during regular business hours.  It is not the Company's intent to regulate an employee's activities outside of working hours; however, it is expected of employees to always conduct themselves in an appropriate manner that does not adversely impact the Company's reputation or the reputation of its employees within the organization and in the community.  Refer to the section on Social Media below.

The Company will not be responsible for any damages, direct or indirect, arising out of the use of its Internet resources.  The Company has the right, but not the duty, to monitor any and all aspects of its computer system, including, but not limited to, monitoring sites employees visit on the Internet, monitoring chat groups and newsgroups, reviewing material downloaded or uploaded by employees, and reviewing e-mail sent and received on the Company's computers.  Employees waive any right to privacy in anything they create, store, send, or receive on the Company's computers or the Company-provided Internet.

**Social Media.**  The company encourages employees to share information with co-workers and with those outside the company for the purposes of gathering information, generating new ideas, and learning from the work of

47

## SECTION VI – OPERATIONS POLICIES

others. Social media provides inexpensive, informal, and timely ways to participate in an exchange of ideas and information. However, information posted on a website is available to the public and, therefore, the company has established guidelines for employee participation in social media.  These guidelines are also established to ensure compliance with various employment laws and the FTC.

*Note:* As used in this policy, "social media" refers to blogs, forums, and social networking sites, such as Twitter, Facebook and LinkedIn among others.

**Off-duty use of social media.**  Employees may maintain personal websites or web logs on their own time using their own facilities.  Employees must ensure that social media activity does not interfere with their work. In general, the company considers social media activities to be personal endeavors, and employees may use them to express their thoughts or promote their ideas as long as they do not conflict with company policies or business.

**On-duty use of social media.**  Employees may engage in social media activity during work time provided it is directly related to their work, approved by their supervisor, and does not identify or reference company clients, customers, or vendors without express permission.  The company monitors employee use of company computers and the Internet, including employee blogging and social networking activity.

**Quality**.  Use good judgment and strive for accuracy in your communications; errors and omissions reflect poorly on the Company and may result in liability for you or the Company.  Refrain from any online activity that is inconsistent with, or that reasonably could be expected to negatively impact, the Company's reputation or standing in the community, within the industry, or with clients or potential clients.

**Respect.**  Demonstrate respect for the dignity of the company, its owners, its customers, its vendors, and its employees.  A social media site is a public place, and employees should avoid embarrassing readers, company employees, customers, vendors, or owners.  The Company's policy against discrimination and harassment applies equally to social media activity.  Even if a message is posted anonymously, it may be possible to trace it back to the sender.

**Expertise and Advice**.   Do not purport to give advice on legal matters.  Speak only about issues in which you have knowledge.  Do not purport to be an expert—even if you believe yourself to be.

**Post disclaimers.**  If an employee identifies himself or herself as a company employee or discusses matters related to the company on a social media site, the site must include a disclaimer on the front page stating that it does not express the views of the company and that the employee is expressing only his or her personal views.  For example: "The views expressed on this website/web log are mine alone and do not necessarily reflect the views of my employer."  Place the disclaimer in a prominent position and repeat it for each posting expressing an opinion related to the company or the company's business. Employees must keep in mind that if they post information on a social media site that is in violation of company policy and/or federal, state, or local law, the disclaimer will not shield them from disciplinary action.

In accordance with FTC's Enforcement Guidelines, employees are required to disclose their relationship with their employer any time they post a positive review or comment about their employer's products or services on a social-media site.  The Guidelines apply not only to employees, but also to any individual who receives compensation (whether monetary or in the form of free product or other gifts), from the subject of their positive comments.

**Competition.**  Employees should not use a social media to criticize the company's competition and should not use it to compete with the company.

48

## SECTION VI – OPERATIONS POLICIES

**Confidentiality.**  Do not identify or reference company clients, customers, or vendors without express permission.  Do not post pictures of company property or co-workers on the Internet without express permission.  Employees may write about their jobs in general but may not disclose any confidential or proprietary information.  For examples of confidential information, please refer to the Code of Ethics/Confidentiality policy.  When in doubt, ask before publishing.

**New ideas.**  Please remember that new ideas related to work or the company's business belong to the company.  Do not post them on a social media site without the company's permission.

**Links.**  Employees may provide a link from a social media site to the company's website during employment (subject to discontinuance at the company's sole discretion).  Employees should contact the IT Manager to obtain the graphic for links to the company's site and to register the site with the company.

"**Friending**".  Exercise discretion in inviting colleagues, and responding to invitations from colleagues, to join social networks or become "friends," and making recommendations or referrals.  As between supervisors and subordinates, taking (and, still more, reversing) such steps may be awkward and could even feel coercive.  As among peers, while feelings of inclusion can have positive effects on working relationships, the corollary feelings of exclusion can be painful and counterproductive.  Therefore, we recommend supervisors and managers should refrain from the practice of "Friending".

**Trademarks and copyrights.**  Do not use the company's or others' trademarks on a social media site, or reproduce the company's or others' material without first obtaining permission.

**Avoid statements about the company's future.**  Writing about projected growth, sales and profits, future products or services, or marketing plans violates the confidentiality of company information.

**Legal.**  Employees are expected to comply with all applicable laws, e.g., copyright, trademark, or harassment.

**Company restrictions.** The company may require that employees temporarily confine social media commentary to topics unrelated to the company or temporarily suspend such activity to ensure compliance with the SEC's regulations or other laws.  The company may also require employees to delete references to it on a website or web log and to stop identifying themselves as an employee of the company.

**Looks count.**  Ask the IT Manager to review the look and feel of your website or blog and take their advice on how to improve it.  Web logs should comply with the guidelines for access by persons with disabilities.

**Computer Software**. It is the policy of the Company to provide employees with personal computers (PC's), or access to them, in order for employees to conduct business.  All necessary computer software is provided by the Company and may be used only for authorized business purposes.  The Company has the right, but not the duty, to monitor any and all aspects of its computer system, including but not limited to, monitoring sites employees visit on the Internet, monitoring chat groups and news groups, reviewing material downloaded or uploaded by employees, and reviewing e-mail sent and received on the Company's computers.  Employees waive any right to privacy in anything they create, store, send or receive on the Company's computers or the Company-provided Internet.

Software may not be duplicated unless provided for in a specific licensing agreement.  Employees must comply with all software licenses, copyrights, and other state and federal laws governing online activity.  U.S. copyright law prohibits the unauthorized reproduction or distribution of copyrighted materials (including electronic mail, text, images, programs or data) without explicit permission of the copyright holder.  Any responsibility for any consequences of copyright infringement lies with the user; the Company expressly disclaims any liability or

49

| | SECTION VI – OPERATIONS POLICIES |
|---|---|

responsibility resulting from such use.

All material downloaded from the Internet or from computers or networks, including e-mail, that do not belong to the Company MUST be scanned for viruses and other destructive programs before being placed onto the Company's computer system.  A virus may be detrimental to networked computers throughout the Company if proper virus protection procedures are not followed.  Material brought into the Company, such as diskettes, CD's, etc., must also go through the appropriate scanning procedures.  If you are unsure about these procedures, contact your immediate supervisor.

**E-mail**.  The Company maintains an electronic mail system, which is provided by the Company to assist in conducting Company business.  The electronic mail system hardware is Company property, as well as all messages composed, sent, or received on the electronic mail system and remain the property of the Company.  They are not private property of any employee.

The electronic mail system is intended to conduct business at the Company.  Incidental personal use is allowed.  However, the system may not be used for excessive or an unreasonable volume of personal business, nor may it be used to solicit or proselytize for commercial ventures, religious or political causes.

The electronic mail system is not to be used to create any offensive or disruptive messages.  Among those which are considered offensive, are any messages which contain sexual implications, racial slurs, gender-specific comments, or any other comment that offensively addresses someone's age, color, gender, race, sexual orientation, religious or political beliefs, national origin, or disability.  Employees encountering such material should report it to their supervisor immediately.

The electronic mail system shall not be used to knowingly send (upload) or knowingly receive (download) copyrighted materials, trade secrets, proprietary financial information, or similar materials in violation of governing law.

The Company reserves and intends to exercise the right to review, audit, intercept, access and disclose all messages created, received or sent over the electronic mail system for any purpose.  The contents of electronic mail properly obtained for legitimate business purposes, may be disclosed within the Company without the permission of the employee.

The confidentiality of any message should not be assumed.  Even when a message is erased, it is still possible to retrieve and read that message. Further, the use of passwords for security does not guarantee confidentiality. All passwords must be disclosed to the Company if requested.

Notwithstanding the Company's right to retrieve and read any electronic mail messages, such messages should be treated as confidential by other employees and accessed only by the intended recipient.  Employees are not authorized to retrieve or read any e-mail messages that are not sent directly to them. Nor are employees authorized to use or send e-mails from another employee's computer station without prior supervisor approval.  Any exception to this policy must receive prior approval by management.  Employees shall not use code, access a file, or retrieve any stored information, unless authorized to do so.

In an effort to preserve the Company's rights of intellectual property, there are steps required to be sure that our email communications with individuals outside of our company retain confidential privilege.

In your Company email signature, you should include the standardized signature for the affiliate and add (copy and paste) the following language verbatim:

_____

50

## SECTION VI – OPERATIONS POLICIES

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of confidentiality, or any other privilege recognized at law.

This verbiage is to be attached to all emails sent (replies and forwards also) communicating with vendors, clients, or other individuals in which the transmission of Company related information may occur. Please note that this text needs to also be included in applicable emails sent via mobile devices. This added text is unnecessary when communicating internally between affiliates, but if there is doubt include the language.

### Searches

Other than communication of this policy and the employee's agreement to abide by this policy, no other notification of the Company's intent to search is necessary.  The search should be conducted by management in the presence of the Human Resources Representative.  Refusal to allow a search is grounds for termination.

Extreme care will be taken to maintain the confidentiality of the results of a search.  All information pertaining to a search will be maintained in a confidential file separate from the employee's personnel file.  No person involved in the search shall discuss the situation except with other Company employees on a "need to know" basis.  The following types of searches may be conducted by the Company (it is recommended and deemed prudent that the employee remain during the search so that the individual may verify any contents discovered during the search):

- The use of electronic security gates or "wands" to detect the presence of personal electronic devices.
- The Company may require employees to allow physical searches of briefcases, purses, backpacks, shopping bags, lunch containers, toolboxes and other containers, brought into Company buildings or onto Company premises, in which such devices may be found.
- The Company may require employees to pass their belongings through a security machine for imaging and analysis.
- The Company may require employees to empty the contents of their pockets onto a surface for inspection.
- The Company may physically search any areas of Company used or accessed by employees, including offices, office furniture, appliances, computers, lockers, shelves, cabinets and any other storage area in or on Company premises, including Company provided housing and vehicles.

### Policy Violations

Any employee who discovers a violation of this policy shall notify the Human Resources Representative immediately.  Any employee who violates this policy or uses the communication systems for improper purposes shall be subject to discipline, up to and including termination.  In addition, the employee may face both civil and criminal liability from the Company, from law enforcement or from individuals whose rights are harmed by the violation.

As a new employee, you will be required to sign an acknowledgement of this Policy in Section VII.

## 6.3 – WIRELESS EQUIPMENT POLICY

Depending on the employee's level in the organization and individual job responsibilities, the Company may issue one or more of the following devices to an employee with the approval of the from Company management:

| | |
|---|---|
| Cell Phones | Tablets |
| Laptops | Wireless Aircards (Hotspot) |

These devices are maintained under one of the Company service plans (depending upon device and availability of the service for specific devices).  The Company does not reimburse employees for expenses incurred for personal

51

## SECTION VI – OPERATIONS POLICIES

devices and/or personal wireless plans.

Any upgrades to equipment for Company wireless devices must be done by the Company Office Manager with prior consent of the Company management.  Unauthorized upgrades will be the responsibility of the employee and will not be reimbursed by the Company.  You may also be required to assume personal financial responsibility for any excessive or abusive personal use of your Company wireless device, and your Company wireless device privileges may be suspended or canceled with or without notice if merited by the circumstances.

You are expected to provide reasonable care to all Company wireless equipment.  Lost or stolen equipment must be reported to the Company Office Manager within 24 hours.  A police report may be required.

The assignment of a wireless device to an employee may be withdrawn at any time at the discretion of the Company management.

Any Company wireless device must be returned upon employment termination or upon demand at any time during the employment relationship.  You cannot give wireless equipment issued to you to any other individual regardless if the person is an employee or not.  Any transfer or equipment must be handled by the Office Manager.

### 6.4 – EMERGENCY OR INCLEMENT WEATHER PROCEDURES

**Each office facility, shop, warehouse, yard or worksite is responsible for developing a site-specific Emergency Response Procedure to include but not limited to processes for managing incidents, medical emergencies, fire, tornado, security threats, hurricanes and other inclement weather situations.**

Employees will be allowed an excused absence with pay in the event of the closing or delayed opening of the Company due to inclement weather.  The same will apply to any decision to close earlier than the normal hour in the afternoon.

When the Company observes normal business hours during inclement weather, those employees reporting on time or within one (1) hour of their normal reporting time will be paid for a full day's work.  All employees are expected to take the necessary steps to be at work as early as possible.  Non-exempt employees who are delayed past the first one (1) hour of operation, but do report, will be paid for actual hours worked.

Non-exempt employees unable to come to work due to the severity of conditions in their specific location or because local area schools are closed will be granted an authorized unpaid day of absence. If applicable, employees whose job duties can be performed remotely may request approval to work remotely to avoid the absence.   You must call in by the start of business if you are unable to report to work due to weather.

### 6.5 - SMOKING POLICY

**Scope**

The Company is committed to providing a safe and healthy workplace and to promoting the health and well-being of its employees. As such, the following policy has been adopted and applies to all employees of the Company.

This policy applies to:

- All areas of buildings or worksites occupied by company employees.
- All company-sponsored offsite conferences and meetings.
- All vehicles owned or leased by the company.

52

## SECTION VI – OPERATIONS POLICIES

- All company employees.
- All visitors (customers and vendors) to company premises.
- All contractors and consultants and/or their employees working on company premises.
- All temporary employees.
- All student interns.

**Policy**

It is the policy of the Company to prohibit smoking and vaping on all company premises to provide a safe and healthy work environment for all employees. Smoking is defined as the "act of lighting, smoking or carrying a lighted or smoldering cigar, cigarette or pipe of any kind." Vaping refers to the use of electronic nicotine delivery systems or electronic smoking devices such as e-cigarettes, e-pipes, e-hookahs and e-cigars.

**Procedures**

Employees who violate this policy will be subject to disciplinary action up to and including immediate discharge. A process is in place for resolving complaints about the smoke- and vape-free policy:

- Complaints about the application of this policy should be brought to the attention of the Human Resources or the Department Manager for resolution.
- The complaint should be submitted in writing and should identify specific objections.
- The Company will investigate the complaint and resolve it in accordance with the policy.

No employee shall suffer any form of retaliation for raising a complaint or asking a question about this policy.

## 6.6 - SOLICITATION AND DISTRIBUTION

The Company strives to establish a work environment that is productive and without undue disruptions in the workday. Therefore, soliciting by one employee to another is prohibited while either employee is on scheduled work time. Distributing literature and circulating petitions during work time or in work areas at any time is also expressly prohibited. Finally, trespassing, soliciting or distributing literature by anyone outside the Company is expressly prohibited on Company premises. You should speak with your supervisor or Human Resources Representative if you have any questions regarding solicitation.

## 6.7 - WORK PRACTICES AND POLICIES

In order to maintain a clean, safe and work-friendly environment, we request all employees to cooperate in the following areas.

**YOUR WORK AREA**

You are responsible for your own workstation. Your desk should be cleared and return all records and files to their proper places. All equipment should be shut off.

- Please do not tape memos, notices and other information to equipment, walls, counters or furniture where it is visible to customers.

- Please submit requests for changes in office configuration, furniture additions, wall décor hanging and any other office space alterations to the Office Manager.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION VI – OPERATIONS POLICIES

- Some personal items are permitted at your workstation, provided the items are in good taste and appropriate for the work area.  Your supervisor will ask you to remove any personal item(s) deemed inappropriate.

- The proper care of equipment is your responsibility.  Should problems develop, you should consult with your supervisor immediately.  Company property may not be removed from the premises without prior authorization from management.

- The Company is conscious of the need to preserve the environment; therefore, we ask employees to reuse and recycle office supplies as appropriate.

**Bulletin Boards**

Important notices and general information are continually posted on the Company bulletin boards, and/or Company Intranet.  Employees should make it a practice to review bulletin boards frequently. This will assist employees in keeping up with what is current at the Company. To avoid confusion, employees should not post or remove any material from the bulletin board.

**Lost And Found Items**

Any lost items should be turned into your supervisor or the Human Resources Representative.  If you lost an item, please contact your supervisor or the Human Resources Representative.

**Lunch Room**

For your convenience an area has been designated for lunches and breaks.  The room is equipped with a microwave, refrigerator and dishwasher so that you can bring your lunch from home.  This area is for everyone's use.  It is your responsibility to help keep this room clean and sanitary, dirty dishes should be placed in dishwasher and all trashed cleared and put in the trash cans.

**Suggestions and Ideas**

We believe suggestions indicate initiative and are always interested in hearing from you any constructive ideas you may have in improving business operations.  You may submit your suggestions and ideas to management for consideration.  It will be reviewed by management and determined the feasibility of placing it into practice.  You will be notified of the final outcome.

## 6.8 – SECURITY

Safety and security of our employees and Company property is a concern.  All doors, files, desks, and any other equipment with locks must be kept locked securely when not in direct use and at the end of each day.  Locks should be checked regularly.  Company vehicles should be kept locked at all times when not in use.  Lost keys must be reported to the Office Manager/Transportation Management immediately.  The Company does not assume any responsibility for your personal items that may be damaged or become missing.  It is encouraged that you keep all personal valuable items locked throughout the day. Any concerns about security should be directed to your supervisor or the Human Resources Representative.

## 6.9 - WEAPONS

It is the intent of the Company to provide a safe and secure workplace for employees, customers, visitors and others with whom we do business.  The Company has "zero tolerance" for possession of any type of weapon, firearm, explosive or ammunition which applies to employees, customers and visitors.  The possession of firearms on Company premises and property, or when acting as an agent while conducting Company business is prohibited,

54

## SECTION VI – OPERATIONS POLICIES

regardless of having a permit, except in limited circumstances in the field.  This does not include possession of a firearm in your personal or Company vehicle.  These circumstances should be discussed with your supervisor for prior approval.  Additionally, building management at warehouse, corporate locations, corporate housing and our client locations may also prohibit weapons from being brought onto their premises. This applies to both concealed and open carry weapons by licensed or unlicensed individuals. Signs reflecting those policies are typically posted in the lobby or entry to the building entrance.

In enforcing this guideline, the Company has the right to conduct searches of any employee and their personal effects while on Company property.  Employees within the Company share the responsibility of identifying violators of this guideline.  An employee who witnesses or suspects another individual of violating this guideline should immediately report this information to their supervisor.  Violations of this policy will result in disciplinary action, up to and including immediate termination.

Employees have a "duty to warn" their supervisors and/or co-workers of any suspicious or unsafe workplace activity.  Employee reports will be maintained in confidence to the extent practical, in light of the possible need to investigate or take remedial action. Retaliation against any employee who makes a good faith report under this policy is strictly prohibited.

### 6.10  -  TELEPHONE USE

Efficient and courteous telephone service is vital to Company business as it represents who we are.  Employees should be professional and courteous when speaking to customers, vendors, or fellow employees on the telephone.

### 6.11 - CELL PHONE USE

Use of your cell phone in the office can be disruptive to your co-workers.  The following are guidelines on use of your cell phone to help keep distractions to a minimum in the work environment.

1. Employees may use their cell phone for personal reasons during regular business hours on a limited basis provided it does not disrupt the work environment and it does not interfere with work assignments.  Phone calls made during an employee's lunch break or rest period should be made away from the employee's desk or workstation so as not to disturb co-workers.  You will subject yourself to disciplinary action up to and including termination if it is determined that the use of your cell phone for personal reasons interferes with performing your duties at an acceptable level.

2. The ringing of an unattended cell phone is a distraction to customers and co-workers.  It is required that cell phones are put on vibrate or low ring so as not to disturb others.

3. The business use of cell phones while conducting business with customers or employees should be minimal.

We value our employees and expect you to put safety first while driving.  If your job responsibilities include driving, you are expected to refrain from use of the cell phone while the car is mobile.  Safety must come first before all other concerns.  Regardless of circumstances, including slow or stopped traffic, you must be parked in a safe location before placing or accepting a call.   Use of hands-free equipment is encouraged.

Please note that individual state and local laws may require the use of appropriate hands-free equipment when using wireless equipment while operating a vehicle.  You are responsible for adhering to applicable state and local laws governing wireless and hands-free equipment use.

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## SECTION VI – OPERATIONS POLICIES

If acceptance of a call is unavoidable, and pulling over to park is not an option, employees are expected to keep the call short, use hands-free equipment, refrain from engaging in complicated or emotional discussions and keep your eyes on the road.  Be mindful of traffic conditions, inclement weather or driving in an unfamiliar area.

Employees who are charged with traffic violations resulting from the use of their cell phone while driving will be solely responsible for all liabilities that result from such actions.  Any violation of this policy may result in disciplinary action up to and including termination.

56

## SECTION VII – ACKNOWLEDGEMENTS & NOTICES

**In this section you will find various acknowledgements regarding the following items:**

Handbook Acknowledgement

Alcohol and Substance Abuse Acknowledgement for Policy

Harassment Acknowledgement for Policy

Code of Ethics/Confidentiality Acknowledgement for Policy

Workers' Compensation Notice

Acknowledgement of Family/Medical Leave Policy

Communication Systems, Recording Devices, Computer & Internet Use Acknowledgement
for Policy

Authorization for Deduction from Final Paycheck

Please review and sign all acknowledgements which must be submitted to the Human Resources Representative upon completion.

1

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## Employee Handbook Acknowledgement

I, _____ALLEN_____HILL_____ _____, have received the Employee Handbook for my employer Beusa Energy, LLC and Affiliates.  I understand and agree that it is my responsibility to read the Handbook and abide by the rules, policies and standards set forth.  Should I have questions regarding the handbook or policies, I will discuss them with the Human Resources Representative or another member of senior management.  I further understand that the Company's personnel policies and employee benefits are subject to change at any time with or without giving me prior notice of such changes.

Also, I fully understand that the Employee Handbook is not an employment contract and should not be construed as such. The Company employs its officers/employees under the Employment-at-Will Doctrine.

ee_A060641de42e93294_2690723

_____          __02/05/2024_____
Employee Signature                                                       Date

2

## Acknowledgement of Alcohol and
## Substance Abuse Policy

I, \_\_\_\_ALLEN    HILL_____, acknowledge that I have received, read and understand the Alcohol and Substance Abuse Policy of my employer. I agree to abide by the policy.  I understand that failure to abide by the policy may result in the termination of my employment.

\_\_ee_A060641de42e93294_2690723_____     \_\_02/05/2024_____

Signature of Employee                                                       Date

\_\_cl_SVaughn64666134b8d59_2690723_____     \_\_\_03/11/2024_____

Signature of Witness                                                         Date

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## Acknowledgement of Harassment Policy

I, __ALLEN__ _HILL_____, acknowledge that I have received, read and understand the Harassment Policy of my employer and agree to abide by the policy. If I have questions regarding the policy, I will direct them to my supervisor or Human Resources Representative. Furthermore, I understand that a violation of the policy may result in the termination of my employment with the Company.


ee_A060641de42e93294_2690723
_____    _02/05/2024 _____

Signature of Employee                Date


cl_SVaughn64666134b8d59_2690723
_____    __03/11/2024 _____

Signature of Witness                 Date

4

## Acknowledgement of Code of Ethics/Confidentiality Policy

As an employee of the Company, I have read and understand the Code of Ethics Policy.  I affirm that such excessive activities, gratuities and access to certain information as stated in the policy may lead to a conflict of interest.  I agree to promptly report any relationship or interest that might involve or appear to involve such a conflict of interest.

Furthermore, I agree that, except as expressly authorized in writing by the Company or as may be otherwise required by law or court order, I will not disclose Confidential Information to any third party and will not use Confidential Information for the benefit of anyone other than the Company.  I acknowledge that the Company shall be the sole owner of all rights in connection with all Confidential Information.  Upon the Company's request or immediately upon termination of employment with the Company for any reason, I will deliver to the Company (and will not keep or deliver to any other person or organization) any and all Confidential Information and other documents, equipment or property belonging to the Company.  I will not keep any copies of any Confidential Information or any other Company property, except what is my personal copies of my compensation records and benefit data.

I further understand that failure to abide by the policy may subject my employment to disciplinary action, up to and including termination.

| ee_A060641de42e93294_2690723 | 02/05/2024 |
| --- | --- |
| Signature of Employee | Date |

| cl_SVaughn64666134b8d59_2690723 | 03/11/2024 |
| --- | --- |
| Signature of Witness | Date |

5

## Acknowledgement of Workers' Compensation
## To New Employees

The Company has workers' compensation insurance coverage from _____ to protect you.  You can get more information about your workers' compensation rights from any office of your state Workers' Compensation Commission.

You may elect to retain your common law right of action if, no later than five (5) days after beginning employment, you notify the Company in writing that you wish to retain your common law right to recover damages for personal injury.  If you elect your common law right of action, you cannot obtain workers' compensation income or medical benefits if you are injured.

La Compania esta cubierto por aseguranza de compensacion al trabajador por _____ para su proteccion.  Usted puede obtener informacion adicional sobre sus derechos de compensacion al trabajador de cualquier ofincia de la Comision de Compensacion de Trabajadores.

Usted puede elegir retener su derecho a acciones bajo la ley comun, si, no mas tarde de cinco dias despues de comenzar empleo, usted notifica a la Compania por escrito que usted desea retener su dereco bajo la ley comun para recobrar danos por lesiones personales.  Si usted elige su derecho de accion por la ley comun, usted no puede obtener ingreso de compensacion al trabajador o beneficios medicos si es usted lesionado/a.

ee_A060641de42e93294_2690723

Employee signature

_ 02/05/2024 _____

Date

6

## Acknowledgement of Family/Medical Leave Policy

I, ___ALLEN___HILL_____, acknowledge that I have received, read and understand the Family/Medical Leave Policy of my employer.  If I have questions regarding the policy, I will direct them to my supervisor or Human Resources Representative.  Furthermore, I understand that in the future should the need arise to be absent due to one of the reasons outlined in the policy, I must provide my supervisor with a 30-day notice or as soon as possible dependent upon emergency circumstances.


ee_A060641de42e93294_2690723
_____

Signature of Employee

___02/05/2024____

Date


cl_SVaughn64666134b8d59_2690723
_____

Signature of Witness

____03/11/2024_____

Date

7

Printed copies of this Handbook are uncontrolled and may not represent the latest version

## Acknowledgement of Communication Systems, Image Recording Devices, Computer Software and E-mail Policy

I acknowledge that I have received, read, and understand the Communication Systems, Image Recording Devices, Computer Software and E-mail Policy of the Company and agree to abide by the policy.  As such, I further understand that I waive my right to privacy when using Company computers for personal business and that any Company official and/or supervisor may have access to my computer at any time.

I agree not to access a file or retrieve any stored communication other than where authorized unless there has been prior clearance by an authorized Company representative.

I am aware that the Company reserves the right and will exercise the right to review, audit, intercept, access and disclose all matters on the Company's e-mail, data network, and Internet systems at any time, with or without notice, and that such access may occur during or after work hours.

I am aware that violations of this policy may subject me to disciplinary action, up to and including termination.

ee_A060641de42e93294_2690723

\_\_\_\_02/05/2024 \_\_\_

Signature of Employee

Date Signed

8

## Authorization for Deduction from Final Pay Check

I, _____ALLEN_____HILL_____, authorize the Company to deduct from my final paycheck my regular hourly rate for every hour of sick leave or vacation time that I used but had not accrued before my employment with the Company terminated.  Additionally, I also authorize the Company to deduct from my final paycheck the value of any property issued to me that I fail to return when my employment with the Company terminates.

ee_A060641de42e93294_2690723

_____    ____02/05/2024_____

Signature of Employee                Date

cl_SVaughn64666134b8d59_2690723

_____    ____03/11/2024_____

Signature of Witness                 Date

9

Printed copies of this Handbook are uncontrolled and may not represent the latest version