# EXHIBIT 5

**DECLARATION OF TERRY LANDRY**

1.  My name is Terry Landry, I am a Texas resident, over the age of twenty-one (21), and reside in Harris County, Texas. My business address is 25700 Interstate 45 North, Suite 175, The Woodlands, Texas 77386. I have personal knowledge of the matters set forth in this Declaration, which are known by me to be true and correct, and if called as a witness, I could and would testify competently concerning these facts.

2.  I have been employed with Crowe LLP ("Crowe") as a Manager in the Cyber Digital Forensics and Incident Response unit since January 1, 2022. Crowe is one of the largest public accounting, consulting, and technology firms in the United States, and its Cyber Services division contains experts across multiple fields ranging from digital forensics and electronic discovery/review to cybersecurity and forensic accounting. In my position as a Cyber Manager, my duties and responsibilities include examining all aspects of computer forensics, mobile forensics, and electronic discovery cases. I am directly involved in forensic imaging, analysis, and production of findings. During the course of my career in digital forensics, I have provided expert reports including affidavits and declarations. I have given depositions and forensic testimony regarding matters involving ESI (Electronically Stored Information) and worked on hundreds of matters involving disputes over digital evidence and electronic data.

3.  Further details of my background, experience, and qualifications are included in my CV, which is attached to this declaration as Exhibit A.

4.  Hunton Andrews Kurth LLP ("HAK") engaged Crowe to analyze a computer owned by HAK's client Dynamis Power Solutions, LLC ("Dynamis"). I understand that the computer had been provided by Dynamis for business use by Allen W. Hill when he was an employee of Dynamis. The computer is a Microsoft Surface laptop with serial number: 0F0107X22343FB, and computer name: LAPTOP-CQ039CBH, (the "Hill Computer").

1

5. Crowe received the Hill Computer on January 29, 2026. Upon receipt of the Hill Computer, an internal chain of custody document was created, and the details of the device were entered into Crowe's evidence tracking system. The Hill Computer was assigned evidence identification number 01. The computer was imaged using industry standard tools and methods to ensure a complete forensic image of the disk contents was preserved. The forensic image was processed using Magnet Forensics Axiom and Crowe performed analysis on the processed data.

6. Analysis of item 01, the Hill Computer revealed that the current Windows Operating System contained only the default local user profiles created by Windows on a new installation. Any prior user profiles, including Hill's original company user profile "hillalle", on the computer were deleted.

7. The Hill Computer had been reset at or about 2:24 PM PST (4:24 PM Central) on January 1, 2026. Once the computer had been reset, the Windows OS set the default time zone for the computer to Pacific Time, consistent with a fresh installation of Windows. The Windows logs began logging events with reset log numbers. The reset of the computer was destructive to some but not all of the operating and user data on the computer. Due to the reset, the Windows registry and log information that tracks and shows access to USB storage devices attached to the computer prior to the reset was destroyed and is mostly irretrievable. Through forensic processing and data carving, Crowe was able to recover only partial records of previous USB device activity records – the last date in the recovered log records was October 23, 2025.

8. Although the prior user profiles were deleted, Crowe identified in a Windows Operating System temporary cache a substantial amount of Hill's prior user profile "hillalle" in a deleted state. From this recoverable profile data, Crowe was able to extract information and metadata about PDF, Word, and Excel files accessed from Mr. Hill's account. The metadata included dates of access, modification, last author, and print dates.

9. I observed there are numerous files that were accessed after December 22, 2025 in a rapid sequential manner that is consistent with copying the files onto an external drive. The reset

of the computer occurred after the files appeared to be copied from the computer. The reset, however, had the effect of destroying the recent logs and records of what USB drives were attached to the computer after October 23, 2025.

10. Crowe also provided computer forensic services in connection with the forensic preservation and analysis of external USB drives in the possession of Mr. Hill. Crowe performed its work pursuant to a protocol agreed to by Mr. Hill and counsels for and on behalf of Dynamis and Turbine-X.

11. Mr. Hill delivered two external USB drives to Crowe on February 26, 2026. Crowe preserved the drives into forensic images using a write-block imaging device to ensure the entire contents were preserved without altering the original data.

12. Per the protocol, Crowe produced file and metadata listings of the external drive contents to counsel for the parties. Mr. Hill's counsel was provided the complete file listings, and counsel for Dynamis received the subset of the complete listing that is date-limited containing only the responsive entries between July 2018 and January 1, 2026.

13. The metadata in the USB external drive listings show that Mr. Hill:

   a. Copied files to the drive after December 19, 2025.
   b. Deleted files on the drive to Recycle.Bin but did not permanently delete on January 1, 2026.
   c. In January 2026, access documents that appear to be either Dynamis or Evolution Well Services documents.
   d. Recycled and then fully deleted files on February 04, 2026 that appear to be either Dynamis or Evolution Well Services documents.
   e. Retained on the drive certain files that appear to be either Dynamis or Evolution Well Services documents.

14. I declare under penalty of perjury that the foregoing is true and correct.

3

Executed in Montgomery County, Texas on the 27th day of March 2026

Terry Landry



# Terry Landry, MCFE, EnCE
## Manager

## Professional Summary

Terry Landry is a Manager of Crowe LLP and a member of the Forensic Services Group.  He has provided professional services, training, and support in the digital forensics area for over twenty-three years. He has performed forensic acquisitions and conducted data analysis on matters involving civil litigation, intellectual property theft, employee misconduct, and corporate investigation and discovery requests. He has provided declarations, Affidavits, or expert reports on numerous matters during his career and has offered computer forensics expert testimony several  times in depositions, hearings, and trials.

Prior to joining Crowe LLP, Mr. Landry was a certified Digital Forensics Investigator, many years of which he served as a certified digital forensics software instructor to both local and foreign law enforcement agencies, local and foreign government and federal agencies, military intelligence and private sector corporate investigators.

Mr. Landry is a Magnet Certified Forensic Examiner (MFCE), and carried the EnCase Certified Examiner (EnCE) credential for over 17 years, 11 of which he concurrently held the EnCase Certified Instructor (EnCI) credential. He is trained, qualified and experienced with the Cellebrite Universal Forensic Extraction Device (UFED) and Cellebrite Physical Analyzer (PA) software for mobile device forensics.

## Licenses and Certifications

- Magnet Certified Forensic Examiner (MCFE) | 2019 to Present
- EnCase Certified Examiner (EnCE) | 2003 to 2021
- EnCase Certified Instructor (EnCI) | 2003 to 2014

## Relevant Work Experience

- Crowe LLP, The Woodlands, TX – January 2022 to Present
- B&V Pathway Forensics, The Woodlands, TX – April 2014 to December 2021
- CyberEvidence, Inc. Houston, TX – January 2002 to April 2014

## Education & Training

- Bachelor of Arts, Education, Southeastern Louisiana University, 1995
- Magnet Forensics Axiom Computer Forensics Training
- Guidance Software EnCase Computer Forensics Training
- Guidance Software EnCase Computer Forensics Instructor Training
- Wetstone Steganography Analysis Training
- Tableau Basic Forensic Imaging Training
- Instructor, CompTIA A+ and Network+ Certification Courses

© Copyright 2025 Crowe LLP, Independent Member Crowe Global



## Speaking & Thought-Leadership

■ Association for Computing Machinery at Sam Houston State University, Guest Speaker, November 2019

## Expert Witness Testimony

■ E-Z Line Pipe Support Co., LLC v. Jeremy Hutson, et al.
   o 412th  Judicial District Court of Brazoria County, Texas (Cause No. 95413-CV)
   o Testified at trial for Plaintiff, March 19, 2018

■ BPAPC v. Hamer, Nguyen, et al.
   o USDC Colorado (Cause No. 19cv03581)
   o Forensic analysis reports and exhibits for Plaintiff, testified via phone, December 23, 2019

■ Virgilio Dela Cruz v. St. John's School
   o United States District Court Southern District of Texas Houston Division, (Civil Action No. 4:19-cv-04590)
   o Deposed on behalf of the Defendant, July 30, 2021
   o Testified at trial on behalf of the Defendant, November 18, 2021

■ WestRock and MultiPackaging Solutions v. Max Solutions, Genovese, Witkowski, et al.
   o United States District Court, District of New Jersey, (Civil Action No. 2:23-cv-273)
   o Testified at trial on behalf of the Plaintiffs April 27, 2023

■ Southway Crane & Rigging, LLC v. Russel Howard and Superior Crane, LLC
   o Superior Court of Cobb County Georgia (Civil Action No. 23-103875)
   o Deposed on behalf of the Plaintiff, October 2023

■ Broadleaf IT, LLC v. Patricia Nicole Walley, Courtney Wilkinson, Nichola Claghorn, and Callian Corp
   o United States District Court for the Southern District of Texas Houston Division (Case No. 4:24-CV-00303)
   o Deposed on behalf of the Plaintiff, December 4, 2025

© Copyright 2025 Crowe LLP, Independent Member Crowe Global